

49103/RBA/bhm

0265-5765

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF DIAMOND SERVICES CORPORATION, ON BEHALF OF THE DIAMOND DREDGE NO. 9 FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION<br>NUMBER: 00-0156<br>SECTION: L MAG 3 |

### EX PARTE MOTION AND ORDER FOR APPROVAL OF PETITIONER'S AFFIDAVIT OF VALUE, LETTER OF UNDERTAKING, DEPOSIT FOR COSTS AND DIRECTING ISSUANCE OF NOTICE AND ENJOINING PROSECUTION OF CLAIMS

**NOW INTO COURT**, through undersigned counsel, comes petitioner, Diamond Services Corporation, as owner of the DIAMOND DREDGE NO. 9, and upon suggesting to the Court that Diamond Services Corporation has filed in this Court a Complaint for Exoneration From or Limitation of Liability pursuant to 46 U.S.C. §183, *et. seq.* and Rule F of the Supplemental Rules For Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, an affidavit of value and letter of undertaking in the total amount of $575,000.00, together with interest at the rate of 6% (six percent) per annum representing the value of Diamond Services Corporation's interest in the DIAMOND DREDGE NO. 9 at the conclusion of the voyage; and a deposit in the amount of $250.00 for costs with the Clerk of Court; a notice to claimants; and an order restraining the prosecution of any and all claims

DATE OF ENTRY JAN 2 0 2000



against Diamond Services Corporation, DIAMOND DREDGE NO. 9 and their underwriters and insurers, except in these proceedings, moves the Court for an order approving the Affidavit of Value of Armand Cuevas and the Letter of Undertaking as stipulation for value, the deposit of $250.00 for costs, and directing notice to all claimants, and restraining all other proceedings against Diamond Services Corporation, the DIAMOND DREDGE NO. 9, and their underwriters and insurers relating to the casualty described in the Complaint.

Respectfully submitted:

*[signature]*

MICHAEL L. McALPINE, T.A. (#9195)
RICHARD A. COZAD (#4537)
ROBERT B. ACOMB, III (#2303)
McALPINE, PEULER & COZAD
701 South Peters St., Suite 300
New Orleans, LA  70130
Telephone:  (504) 561-0323; Fax:  528-9442
Attorneys for Diamond Services Corporation

49103/RBA/bhm 0265-5765

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF DIAMOND SERVICES CORPORATION, ON BEHALF OF THE DIAMOND DREDGE NO. 9 FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NUMBER:<br><br>SECTION: |

### ORDER APPROVING PETITIONER'S AFFIDAVIT OF VALUE, LETTER OF UNDERTAKING, DEPOSIT FOR COSTS AND DIRECTING ISSUANCE OF NOTICE AND ENJOINING PROSECUTION OF CLAIMS

A Complaint having been filed herein on the 18TH day of January, 2000, by petitioner, Diamond Services Corporation, as owner of the DIAMOND DREDGE NO. 9, for exoneration from or limitation of liability, pursuant to 46 U.S.C. §183, *et. seq.* and Rule F of the Supplemental Rules For Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, for any loss, damage, or destruction caused by or resulting from the incident whereby it is alleged the dredge's spud contacted a pipeline as it was operating in Quatre Bayou Pass in the Grand Terre Island, Gulf of Mexico, on December 14, 1999, all as is more fully described in the Complaint; and,

The Complaint having stated the value of petitioner's interest in the DIAMOND DREDGE NO. 9 and its pending freight at the end of the aforementioned voyage amounts to a total of $575,000.00, as set forth in the Affidavit of Armand Cuevas; and,

Petitioner having deposited with the Court as security for the benefits of claimants, Letter of Undertaking in an amount not less than or equal to the amount or value of its interest in the DIAMOND DREDGE NO. 9 and her then pending freight, in the total sum of $575,000.00, with interest at the rate of six percent (6%) per annum; and petitioner's having deposited with the Court, a deposit for costs in the amount of $250.00;

**NOW, THEREFORE**, upon motion of McAlpine, Peuler & Cozad, attorneys for petitioner:

**IT IS HEREBY ORDERED THAT:**

1) The Affidavit of Value of petitioner's interest in the DIAMOND DREDGE NO. 9 and her pending freight in the amount of $575,000.00, and the Letter of Undertaking filed herein by petitioner, are accepted and approved as value and security of petitioner's interest in the vessel and her pending freight for the purposes of the limitation proceedings and as to as to form, quantum and surety.

2) The Court, or any claimant who may properly become a party hereto, upon motion, may contest the amount or value of petitioner's interest in the DIAMOND DREDGE NO. 9 and her pending freight, and move the Court for a new appraisement of said interest, and may by motion apply to the Court to have the amount increased or diminished, as the case may be, thereafter on determination by the Court for the amount of value of said interest;

3) A notice shall issue from the Clerk of this Court to all persons asserting claims with respect to which the Complaint seeks exoneration from or limitation of liability admonishing them to file their respective claims with the Clerk of

Court, in writing, and to serve on the attorneys for petitioner a copy thereof on or before the 18th day of March, 2000, or be defaulted and barred from bringing such claims, and that if any claimant desires to contest either petitioner's right to exoneration from or the right to limitation of liability, they shall file and serve on attorneys for petitioner an answer to the complaint on or before said date, unless their claim has included an answer to the complaint, so designated, or be barred from bringing such action;

4) The aforesaid notice shall be published in the New Orleans Times Picayune once a week for four (4) successive weeks prior to the date fixed by the Court for filing of claims, as provided by the aforementioned Rule F and copies of the notice shall be mailed in accordance with Rule F;

5) The further prosecution of any and all actions, suits, and proceedings already commenced, and the commencement or prosecution hereafter of any and all suits, actions or proceedings of any nature or description whatsoever, in any jurisdiction, and the taking of any steps and the making of any motions in such actions, suits or proceedings against petitioner, the DIAMOND DREDGE NO. 9, its underwriters and insurers, or any other property of the petitioner, for damages, occasioned by or incurred on said voyage of the DIAMOND DREDGE NO. 9 as alleged in the Complaint, be and the same are hereby restrained, stayed and enjoined until the hearing and determination of this action; and

6) The deposit of $250.00 with the Clerk of Court by petitioner for costs is accepted and approved as to quantum, form and surety.

7) Petitioner may make service of this order as a restraining order through the United States Post Office by mailing a conformed copy thereof to the person or persons to be restrained, or their respective attorneys or, alternatively, by hand.

New Orleans, Louisiana, this 18th day of January, 2000.

UNITED STATES DISTRICT JUDGE

- 3 -