

50084/RBA/bhm                                                                                                          0265-5765

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT<br>OF DIAMOND SERVICES CORPORATION,<br>ON BEHALF OF THE DIAMOND DREDGE<br>NO. 9 FOR EXONERATION FROM OR<br>LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NUMBER: 00-0156<br><br>SECTION: "L" (3) |

### EX PARTE MOTION AND ORDER NOTING DEFAULT

**NOW INTO COURT**, through undersigned counsel, comes petitioner, Diamond Services Corporation, and respectfully moves the Court to issue an Order noting default of claimants in the above-captioned matter, and in support would show the Court the following:

(1)   That on January 18, 2000, this Court issued its Order Approving Petitioner's Affidavit of Value, Letter of Undertaking, Deposit for Costs and Directing Issuance of Notice and Enjoining Prosecution of Claims, setting the date for filing of claims on or before the 18th day of March, 2000;

(2)   That said Notice of the Order Approving Petitioner's Affidavit of Value, Letter of Undertaking, Deposit for Costs and Directing Issuance of Notice and Enjoining Prosecution of Claims was published on January 25, February 1, 8, and 15, 2000, in the

DATE OF ENTRY
MAR 3 0 2000



Times-Picayune, as evidenced by the attached Affidavit of Robert J. Chiasson, attached hereto as Exhibit "A";

(3) That prior to February 1, 2000, the second date of publication of the Notice in this case, counsel for petitioner served upon all known claimants notice of this pending action. Those claimants known to petitioner were served, by certified mail, return receipt requested, pursuant to Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure. Receipts of said service are attached hereto *in globo* as Exhibit "B", respectively, and made part hereof as if copied verbatim herein;

(4) That on or before March 18, 2000, the claims, answers or other pleadings setting forth demands on petitioner, as described in the attached list of claims, have been filed with this Court, and copies delivered to petitioners' counsel;

**WHEREFORE,** petitioner respectfully prays for an Order of this Court noting the default of all claimants who have failed to file claims herein.

Respectfully submitted:

_____
MICHAEL L. McALPINE, T.A. (#9195)
RICHARD A. COZAD (#4537)
ROBERT B. ACOMB, III (#2303)
McALPINE, PEULER & COZAD
701 South Peters St., Suite 300
New Orleans, LA 70130
Telephone: (504) 561-0323; Fax: 528-9442
Attorneys for Diamond Services Corporation

**<u>CERTIFICATE OF SERVICE</u>**

    I do hereby certify that I have on March 22, 2000 served a copy of the foregoing pleading on counsel for all parties to this proceeding by mailing the same by United States mail, properly addressed and first class postage prepaid.

_____

50084/RBA/bhm                                                                        0265-5765

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT<br>OF DIAMOND SERVICES CORPORATION,<br>ON BEHALF OF THE DIAMOND DREDGE<br>NO. 9 FOR EXONERATION FROM OR<br>LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NUMBER: 00-0156<br><br>SECTION: "L" (3) |

### ORDER NOTING DEFAULT

Considering the foregoing Ex Parte Motion for Order Noting Default; and

Notice of this action having been duly published to all persons asserting claims with respect to which the petitioner seeks limitation, admonishing them to file their respective claims with the clerk of court, and to serve on the attorneys for the petitioner a copy thereof on or before March 18, 2000, and the time for submitting claims having expired, now, on motion of attorneys for petitioner, it is

**ORDERED** that the default of all persons or corporations claiming damages for any loss, damage, destruction, injury, or death occasioned by or resulting from or consequent to the incident alleged to have occurred on or about December 14, 1999, which allegedly resulted in the damage to the 24" cement coated undersea pipeline, as set forth in the Complaint herein, or in any other way arising out of or in connection with the voyage on which the DIAMOND DREDGE

NO. 9 was engaged in at the time of the said incident, who have not heretofore filed both their claims and answers, be hereby noted, and that the said persons are in default are hereby barred from filing any claims and answers in this action; and it is further

**ORDERED** that all issues raised by the complaint herein and answers thereto, stand for a trial before this Court; and it is further

**ORDERED** that the proof of all claims so filed as aforesaid be and the same are hereby suspended until the trial and determination of this action.

New Orleans, Louisiana, this 24th day of March, 2000.

_____
UNITED STATES DISTRICT JUDGE