

MINUTE ENTRY
FALLON, J.
April 18, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: DIAMOND SERVICES CORPORATION          CIVIL ACTION

                                                                                               NO. 00-156

                                                                                               SECTION: L

     A preliminary conference was scheduled for this date.

     Present: Robert Acomb III, Esq. For Diamond Services
             Grady Hurley, Esq. For Tennessee Gas Pipeline
             Scott Wheaton, Jr., Esq. For Central Gulf Towing
             Lawrence Plunkett, Jr., Esq. For Chet Morrison Contractors
             John Rayburn, Esq. For Commercial Underwriters Ins.

     The Court was advised of two related cases: CA 00-708 pending in Section F, and CA 00-1166 pending in Section R.  Accordingly, the Court CONTINUED the preliminary conference to be RESET when the two other civil actions are transferred to Section L, consolidated, and issue is joined.

DATE OF ENTRY
APR 1 9 2000