

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAY -9 P 3: 46

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF CENTRAL GULF     *     CIVIL ACTION
TOWING, INC., AS OWNER <u>PRO</u> <u>HAC</u> <u>VICE</u>    *
OF THE M/V VIVIAN, PRAYING FOR     *     NUMBER: 00-1166
EXONERATION FROM AND/OR     *     C/W NO. 00-0156
LIMITATION OF LIABILITY     *
    *
    *     SECTIONS: "L" and "R"
    *     MAGISTRATE (3)

## EXPARTE MOTION TO FILE SUPPLEMENTAL CROSS-CLAIM

Tennessee Gas Pipeline Company filed a Cross-Claim against Chet Morrison

Contractors, Inc. No Answer has been filed. Tennessee Gas Pipeline Company prays that

it be permitted to file its Supplemental Cross-Claim. Counsel for Chet Morrison

Contractors, Inc. has been consulted and has no objection to the filing of same.

DATE OF ENTRY

MAY 1 7 2000

N0506331 1



Respectfully submitted,

GRADY S. HURLEY, ESQ. (#13913)
CHRISTOPHER S. MANN (#26397)
JONES, WALKER, WAECHTER,
 POITEVENT, CARRERE & DENEGRE
201 St. Charles Avenue
48th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8000
Attorneys for Tennessee Gas Pipeline Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served on all counsel to these proceedings by placing a copy of same in the United States Mail postage prepaid and properly addressed this ___ day of _____, 2000.

N0506331.1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF CENTRAL GULF | * | CIVIL ACTION |
| TOWING, INC., AS OWNER PRO HAC VICE | * | |
| OF THE M/V VIVIAN, PRAYING FOR | * | NUMBER: 00-1166 |
| EXONERATION FROM AND/OR | * | C/W NO. 00-0156 |
| LIMITATION OF LIABILITY | * | |
| | * | |
| | * | SECTIONS: "L" and "R" |
| | * | MAGISTRATE (3) |

ORDER

   IT IS HEREBY ORDERED that Tennessee Gas Pipeline Company be permitted to

file its Supplemental Cross-Claim;

   This 12TH day of May 2000, New Orleans, Louisiana.

_____
JUDGE, U.S. DISTRICT COURT

N0506331.1