

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAY 26  A 11: 44

LORETTA G. WHYTE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT OF DIAMOND SERVICES CORPORATION, ON BEHALF OF THE DIAMOND DREDGE NO. 9 FOR EXONERATION FROM OR LIMITATION OF LIABILITY | * * * * * * | CIVIL ACTION<br><br>NO. 00-0156<br><br>SECTION "L" (3) |
| JOSEPH FORET, JR.<br><br>VERSUS<br><br>CENTRAL GULF TOWING, INC. | * * * * * | CIVIL ACTION<br><br>NO: 00-0708<br><br>SECTION "L" (3) |
| IN THE MATTER OF CENTRAL GULF TOWING, INC., AS OWNER <u>PRO HAC VICE</u> OF THE M/V VIVIAN, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | * * * * * * * | CIVIL ACTION<br><br>NO. 00-1166<br><br>SECTION "L" (3) |

### MOTION FOR RELIEF FROM AND MODIFICATION OF ORDER SETTING DEADLINE FOR FILING OF CLAIMS AGAINST DIAMOND SERVICES, INC.

NOW INTO COURT, through undersigned counsel, comes Joseph Foret, Jr. and respectfully moves for an Order allowing him to file a late claim and answer and further, for modification of this Court's Order establishing December 2, 1999, as the time for

DATE OF ENTRY
MAY 31 2000



filing claims and answers in the above and entitled consolidated matters. Counsel for all parties to the litigation have been contacted and have no opposition to the granting of this Motion.

                        Respectfully submitted:

                        HILLEREN & HILLEREN, L.L.P.

                        DAVID A. HILLEREN (6921)
                        Post Office Box 1750
                        Covington, Louisiana 70434-1750
                        Telephone: (504) 893-5959
                        Attorney for Joseph Foret, Jr.

### CERTIFICATE OF SERVICE

    I do hereby certify that I have served a copy of the above and foregoing pleading on all counsel of record herein by mailing same by United States Mail, properly addressed and first class postage prepaid, on May 25, 2000.

                        DAVID A. HILLEREN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT | * | CIVIL ACTION |
| OF DIAMOND SERVICES CORPORATION, | * | |
| ON BEHALF OF THE DIAMOND DREDGE | * | NO. 00-0156 |
| NO. 9 FOR EXONERATION FROM OR | * | |
| LIMITATION OF LIABILITY | * | SECTION "L" (3) |

* * * * * * * * * * * * * * * * * **

| | | |
|---|---|---|
| JOSEPH FORET, JR. | * | CIVIL ACTION |
| VERSUS | * | NO: 00-0708 |
| CENTRAL GULF TOWING, INC. | * | SECTION "L" (3) |

* * * * * * * * * * * * * * * * * **

| | | |
|---|---|---|
| IN THE MATTER OF | * | CIVIL ACTION |
| CENTRAL GULF TOWING, INC., | * | |
| AS OWNER PRO HAC VICE | * | NO. 00-1166 |
| OF THE M/V VIVIAN, | * | |
| PRAYING FOR EXONERATION FROM | * | SECTION "L" (3) |
| AND/OR LIMITATION OF LIABILITY | * | |

* * * * * * * * * * * * * * * * * **

## ORDER

Considering the above and foregoing:

IT IS ORDERED that the Court's Order establishing December 2, 1999, as the time for filing of claims and answers be modified and that claimant, Joseph Foret, Jr., be and is hereby permitted

to file a claim and answer against Diamond Services, Inc. in this matter.

New Orleans, Louisiana, this 30TH day of MAY, 2000.

```
_____
   UNITED STATES DISTRICT JUDGE
```