

FILED
U.S. DISTRICT COURT

2000 JUL -3 P 1:52

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT | * | CIVIL ACTION |
| OF CENTRAL GULF CORPORATION * | | |
| ON BEHALF OF THE DIAMOND DREDGE | * | NUMBER: 00-0156 c/w 00-1166 |
| NO. 9 FOR EXONERATION FROM OR | * | |
| LIMITATION OF LIABILITY | * | SECTION: "L" |
| | * | JUDGE FALLON |
| | * | |
| | * | MAGISTRATE (3) |
| | * | MAGISTRATE JUDGE AFRICK |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### UNOPPOSED MOTION TO
### ALLOW FILING OF THIRD-PARTY DEMAND

**NOW INTO COURT**, through undersigned counsel comes claimant, Chet Morrison Contractors, Inc. ("CMC") and moves this Court for an Order permitting it to file the accompanying Third Party Demand in this matter. Pursuant to Local Rule 7.6E, undersigned counsel certifies all counsel have been contacted and there is no objection to the filing of the

DATE OF ENTRY
JUL 6   2000



Fee
Process
X Dktd
CtRmDep
Doc. No.

Third-Party Demand.

Respectfully submitted,

**REICH, MEEKS & TREADAWAY, L.L.C.**

_____
ROBERT S. REICH (#11163)
LAWRENCE R. PLUNKETT, JR. (#21939)
Two Lakeway Center, Suite 1830
3850 N. Causeway Boulevard
Metairie, Louisiana 70002
Telephone: (504) 830-3999
*Attorneys for Chet Morrison Contractors, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been served on all counsel to these proceedings either by facsimile transmission, hand delivery or by placing a copy of same in the United States Mail postage prepaid and properly addressed this 26 day of June, 2000.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT | * | CIVIL ACTION |
| OF CENTRAL GULF CORPORATION   * | | |
| ON BEHALF OF THE DIAMOND DREDGE | * | NUMBER:  00-0156 c/w 00-1166 |
| NO. 9 FOR EXONERATION FROM OR | * | |
| LIMITATION OF LIABILITY | * | SECTION: "L" |
| | * | JUDGE FALLON |
| | * | |
| | * | MAGISTRATE (3) |
| | * | MAGISTRATE JUDGE AFRICK |

*******************************************

# O R D E R

Considering the above and foregoing Motion;

**IT IS HEREBY ORDERED** that Chet Morrison Contractors, Inc. be and it is hereby permitted to file the accompanying Third Party Demand in this matter.

**NEW ORLEANS, LOUISIANA,** this 5TH day of July, 2000.

_____
UNITED STATES DISTRICT JUDGE