FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 AUG 17 PM 4: 43

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**FALLON, J.**
**AUGUST 16, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: DIAMOND SERVICES CORPORATION | CIVIL ACTION |
| | NO. 00-156 |
| | REF: ALL CASES |
| | SECTION: "L" |

There will be a Status Conference on THURSDAY, SEPTEMBER 14, 2000, at 3:30 p.m., in Chambers, Room C-456.

DATE OF ENTRY
AUG 1 8 2000

