**COPY IN CHAMBERS**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
OCT 31 2000
2000 OCT 31 PM 4:35
LORETTA G. WHYTE
CLERK

50931/RBA/bcb                                                                 0265-5765

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF DIAMOND SERVICES CORPORATION, ON BEHALF OF THE DIAMOND DREDGE NO. 9 FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NUMBER: 00-0156<br><br>SECTION: "L" (3) |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| JOSEPH FORET, JR.<br><br>VERSUS<br><br>CENTRAL GULF TOWING, INC. | CIVIL ACTION<br><br>NO.: 00-0708<br><br>SECTION: "L" (3) |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| IN THE MATTER OF CENTRAL GULF TOWING, INC., AS OWNER *PRO HAC VICE* OF THE M/V VIVIAN, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NUMBER: 00-1166<br><br>SECTION: "L" (3) |

### UNOPPOSED MOTION TO ALLOW FILING OF
### THIRD-PARTY DEMAND

NOW INTO COURT, through undersigned counsel, comes petitioner, Diamond

Services Corporation and moves this Honorable Court for an Order permitting it to file the

DATE OF ENTRY
NOV 0 2 2000



accompanying Third-Party Demand against T. Baker Smith in this matter on grounds that ongoing discovery has revealed Smith marked the position of the Tennessee Gas Pipeline Company's undersea pipeline with buoys and/or flags. The buoys were moved, repositioned and replaced on a daily basis by Smith. Diamond Services believes if its spud came into contact with the pipeline as alleged, which is denied, then the buoy markings were inaccurate.

Trial of this matter is set to commence on May 7, 2001, and the addition of this party will not impair or impede the current trial setting. Pursuant to Local Rule 7.6, undersigned counsel certifies all counsel have been contacted and there is no objection to the filing of this Motion or the Third-Party Demand.

_____
MICHAEL L. McALPINE, T.A. (#9195)
RICHARD A. COZAD (#4537)
ROBERT B. ACOMB, III (#2303)
McALPINE & COZAD
701 South Peters St., Suite 300
New Orleans, LA 70130
Telephone: (504) 561-0323; Fax: 528-9442
Attorneys for Diamond Services Corporation

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on October 31, 2000 served a copy of the foregoing pleading on counsel for all parties to this proceeding by mailing the same by United States mail, properly addressed and first class postage prepaid.

_____

50931/RBA/bcb                                                              0265-5765

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF DIAMOND SERVICES CORPORATION, ON BEHALF OF THE DIAMOND DREDGE NO. 9 FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NUMBER: 00-0156<br><br>SECTION: "L" (3) |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| JOSEPH FORET, JR. | CIVIL ACTION |
| VERSUS | NO.: 00-0708 |
| CENTRAL GULF TOWING, INC. | SECTION: "L" (3) |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| IN THE MATTER OF CENTRAL GULF TOWING, INC., AS OWNER *PRO HAC VICE* OF THE M/V VIVIAN, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NUMBER: 00-1166<br><br>SECTION: "L" (3) |

## ORDER

Considering the foregoing Unopposed Motion to Allow Filing of Third-Party Demand,

it is hereby ORDERED that Diamond Services Corporation's Motion to Allow Filing of Third-Party Demand is granted.

New Orleans, Louisiana, this 2 day of Nov, 2000.

_____
UNITED STATES DISTRICT COURT JUDGE

- 2 -