```
                                          FILED
                                     U.S. DISTRICT COURT
                                  EASTERN DISTRICT OF LA
                                       NOV 16 2000
                                   2000 NOV 16  AM 11:52
```

**MINUTE ENTRY**  
**FALLON, J.**  
**NOVEMBER 16, 2000**

LORETTA G. WHYTE  
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE DIAMOND SERVICES | * | CIVIL ACTION |
| | * | NUMBER 00-0156 |
| | | (REF. ALL CASES) |
| | * | SECTION "L" (3) |

A status conference in the above captioned matter was held in Chambers on this date at 8:30 a.m. In attendance were Robert B. Acomb, III for Diamond Services, Inc., Grady Hurley for Tennessee Gas Pipeline Co., Stanley J. Cohn for Central Gulf Towing, Inc., J. Daniel Rayburn for Commercial Underwriters Insurance, Co., and Timothy F. Burr for Boston Old Colony Insurance, Co. Participating by telephone were Lawrence R. Plunkett for Chet Morrison Contractors, Inc., and David Hilleren for Joseph Foret, Jr.

The Court indicated that the trial date was firm and would be enforced. Counsel for the parties stated that settlement conferences for the personal injury damages and the property damages should be held separately. IT IS ORDERED that counsel for Joseph Foret Jr. contact the United States Magistrate Judge assigned to this matter for the purpose of arranging a settlement conference at a mutually acceptable date and time to address the personal injury claims. IT IS FURTHER ORDERED that counsel for Chet Morrison Contractors, Inc. contact the United States Magistrate Judge to arrange a separate settlement conference at a mutually

DATE OF ENTRY  
NOV 16 2000



acceptable date and time to address the property damage claims. Both conferences should take place before December 31, 2000.

cc: United States Magistrate Judge Africk
   Charles Seemann, Jr.
   Deutsch, Kerrigan & Stiles
   755 Magazine St.
   New Orleans, LA 70130