

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT<br>OF DIAMOND SERVICES CORPORATION,<br>ON BEHALF OF THE DIAMOND DREDGE<br>NO. 9 FOR EXONERATION FROM OR<br>LIMITATION OF LIABILITY | * * * * * | CIVIL ACTION<br><br>NO. 00-0156<br><br>SECTION "L"(3) |
| * * * * * * * * * * * * * * * * * * | | |
| JOSEPH FORET, JR.<br><br>VERSUS<br><br>CENTRAL GULF TOWING, INC. | * * * * * * | CIVIL ACTION<br><br>NO. 00-0708<br><br>SECTION "L"(3) |
| * * * * * * * * * * * * * * * * * * | | |
| IN THE MATTER OF<br>CENTRAL GULF TOWING, INC.,<br>AS OWNER PRO HAC VICE<br>OF THE M/V VIVIAN,<br>PRAYING FOR EXONERATION FROM<br>AND/OR LIMITATION OF LIABILITY | * * * * * * * * | CIVIL ACTION<br><br>NO. 00-1166<br><br>SECTION "L"(3)<br><br>JUDGE FALLON<br>MAG. AFRICK |
| * * * * * * * * * * * * * * * * * * | | |

**UNOPPOSED MOTION FOR LEAVE TO FILE**
**THIRD-PARTY COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes petitioner, Central Gulf Towing, Inc., and moves this Honorable Court for an Order permitting it leave to file the attached Third-

DATE OF ENTRY
NOV 17 2000



Party Complaint against T. Baker Smith & Son, Inc. on grounds that ongoing discovery has revealed that T. Baker Smith & Son, Inc. marked the position of the Tennessee Gas Pipeline Company's undersea pipeline with buoys and/or flags which were relied upon when the Diamond Services dredge captain ordered the spuds on the Diamond Services dredge dropped. Allegedly, the spuds came into contact with the Tennessee Gas Pipeline causing damage. Diamond Services' employees contend the buoys were not properly positioned and as a result damage resulted to the pipeline.

Trial of this matter is set to commence on May 7, 2001, and the addition of this party will not impair or impede the current trial setting. Pursuant to Local Rule 7.6, undersigned counsel certifies that all counsel has been contacted and there is no objection to the filing of this motion. Moreover, the Court recently granted a similar motion filed by Diamond Services for leave to file a Third-Party Complaint against T. Baker Smith & Son, Inc.

Respectfully submitted,

LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD

Of Counsel

_____
SCOTT R. WHEATON, JR., T.A. (#13395)
STANLEY J. COHN (#4238)
Suite 2775, Pan-American Life Center
601 Poydras Street
New Orleans, Louisiana  70130
Telephone:  (504) 568-1990
Attorneys for Central Gulf Towing, Inc.

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this ___ day of _____, 2000 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid

_____

-2-

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT<br>OF DIAMOND SERVICES CORPORATION,<br>ON BEHALF OF THE DIAMOND DREDGE<br>NO. 9 FOR EXONERATION FROM OR<br>LIMITATION OF LIABILITY | * * * * * * | CIVIL ACTION<br><br>NO. 00-0156<br><br>SECTION "L"(3) |
| JOSEPH FORET, JR.<br><br>VERSUS<br><br>CENTRAL GULF TOWING, INC. | * * * * * * | CIVIL ACTION<br><br>NO. 00-0708<br><br>SECTION "L"(3) |
| IN THE MATTER OF<br>CENTRAL GULF TOWING, INC.,<br>AS OWNER <u>PRO</u> <u>HAC</u> <u>VICE</u><br>OF THE M/V VIVIAN,<br>PRAYING FOR EXONERATION FROM<br>AND/OR LIMITATION OF LIABILITY | * * * * * * * * | CIVIL ACTION<br><br>NO. 00-1166<br><br>SECTION "L"(3)<br><br>JUDGE FALLON<br>MAG. AFRICK |

**O R D E R**

For the reasons set forth in the accompanying memorandum, and for good cause shown,

IT IS HEREBY ORDERED that Central Gulf Towing, Inc.'s Motion for Leave to File Third-Party Complaint is hereby granted

and the Clerk of Court is ordered to file in the record the Third-Party Complaint of Central Gulf Towing, Inc.

New Orleans, Louisiana, this /6 day of November, 2000.

_____
UNITED STATES DISTRICT COURT JUDGE