**MINUTE ENTRY**
**AFRICK, M.J.**
**December 5, 2000**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DIAMOND SERVICES CORPORATION**                    CIVIL ACTION NO. 00-156

versus                                              SECTION: "L" (3)

**TENNESSEE GAS PIPELINE COMPANY**

A settlement conference with regards to the property damage claim of Chet Morrison is scheduled in the above-captioned case on December 21, 2000, at 10:00 A.M., in the undersigned U.S. Magistrate Judge's chambers, located at 501 Magazine Street, Room 335, New Orleans, Louisiana.

**On or before December 14, 2000**, each party shall submit to the undersigned Magistrate Judge an in-camera letter/memorandum, **no longer than three pages double spaced**, outlining their settlement position. **The letter/memorandum may be faxed directly to my chambers at 504-589-7608.** All counsel are to have access to someone with full authority.

_____
LANCE M. AFRICK
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY ALL COUNSEL**

DATE OF ENTRY
DEC 7 2000

