

**MINUTE ENTRY**
**AFRICK, M.J.**
**December 11, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**DIAMOND SERVICES CORPORATION**               **CIVIL ACTION NO. 00-156**

versus                                         **SECTION: "L" (3)**

**TENNESSEE GAS PIPELINE COMPANY**


**IT IS HEREBY ORDERED** that the settlement conference with regards to the property damage claim of Chet Morrison scheduled in the above-captioned case on December 21, 2000, is hereby **CANCELLED.** Counsel may recontact this Court to set a future settlement conference at a later date.

_____
LANCE M. AFRICK
UNITED STATES MAGISTRATE JUDGE

_____
**CLERK TO NOTIFY ALL COUNSEL**

DATE OF ENTRY
DEC 1 2 2000