FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN 11 PM 3:07

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF DIAMOND SERVICES CORPORATION, | C.A. No. 00-0156 |
| ON BEHALF OF THE DIAMOND DREDGE NO. 9 FOR EXONERATION FROM OR LIMITATION OF LIABILITY | SECTION: "L" (3) |

*********************************************************************

| | |
|---|---|
| JOSEPH FORET, JR. | C.A. No. 00-0708 |
| v. | SECTION: "L" (3) |
| CENTRAL GULF TOWING, INC. | |

*********************************************************************

| | |
|---|---|
| IN THE MATTER OF CENTRAL GULF TOWING, INC., AS OWNER *PRO HAC VICE* OF THE M/V VIVIAN, | C.A. No. 00-1166 |
| PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | SECTION: "L" (3) |

### ANSWER OF T. BAKER SMITH & SON, INC.
### TO THIRD-PARTY COMPLAINT OF DIAMOND SERVICES CORPORATION

T. Baker Smith & Son, Inc. (TBS), made third-party defendant by the Third-Party Complaint of Diamond Services Corporation (Diamond), for Answer to that Third-Party Complaint respectfully says:

___Fee___
___Process___
X  Dktd ___
___CtRmDep
Doc.No. 48

**FIRST**

TBS admits the allegations of paragraph 1.

**SECOND**

TBS is without knowledge or information sufficient to justify a belief as to the allegations of paragraph 2, except that TBS admits that these proceedings began with a Petition by Diamond Services for exoneration from and/or limitation of liability, and that the pleadings of Diamond Services and the other parties herein speak for themselves.

**THIRD**

TBS denies the allegations of paragraph 3, except admits that TBS performed certain services for Tennessee Gas Pipeline Company (Tennessee) in connection with a project to bury its pipeline in Quatre Bayou Pass in Jefferson Parish, Louisiana. Those services included marking the pipe with cane poles landward of where the pipe was damaged, and helping to locate the pipe in the deeper water seaward of where the pipe was damaged, so buoys could be placed on the pipe by others. TBS particularly denies placing the buoys which were marking the pipe on December 14, 1999.

**FOURTH**

TBS denies the allegations of paragraphs 4, 5, 6, 7, 8 and 9.

## AFFIRMATIVE DEFENSES

### FIFTH

Diamond Services' Third-Party Complaint fails to state a cause of action upon which relief can be granted.

### SIXTH

Further answering, TBS avers that the sole and proximate causes of the accident were the negligence and/or contributory negligence of the Captain of the Diamond Dredge No. 9, and/or the negligence and/or contributory negligence of the M/V Vivian, for the decision to raise the spuds of the Diamond Dredge No. 9 at a time when the current in Quatre Bayou Pass was so strong that the M/V Vivian was unable to control the Diamond Dredge No. 9; and for the decision to approach the job site from upcurrent; and for the decision of when and how to drop the spud of the Diamond Dredge No. 9.

CHARLES F. SEEMANN, JR. (11912)
DEUTSCH, KERRIGAN & STILES, LLP
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-5141
Fax: (504) 566-1201
Attorneys for Third-Party Defendant,
T. Baker Smith & Son, Inc.

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of January, 2001, a copy of the above and foregoing pleading was served by mailing same, United States mail, postage prepaid, properly addressed, to the following counsel of record:

Robert B. Acomb, III, Esq.
McAlpine, Peuler & Cozad
701 S. Peters St., Suite 300
New Orleans, LA 70130

Grady S. Hurley, Esq.
Jones, Walker, Waechter,
    Poitevent, Carrere & Denegre
Place St. Charles
201 St. Charles Ave., 50th Floor
New Orleans, LA 70170-5100

Stanley J. Cohn, Esq.
Lugenbuhl, Burke, Wheaton, Peck,
    Rankin & Hubbard
601 Poydras St., Suite 2775
New Orleans, LA 70130

Lawrence R. Plunkett, Jr., Esq.
Reich, Meeks & Treadaway
Two Lakeway Center
3850 N. Causeway Blvd., Suite 1000
Metairie, LA 70002

John Daniel Rayburn, Esq.
Leonard & Leonard, Ltd.
P. O. Box 91823
Lafayette, LA 70509-1823

David A. Hilleren, Esq.
Hilleren & Hilleren
P. O. Box 1750
Covington, LA 70434-1750

Timothy F. Burr, Esq.
Galloway, Johnson, Tompkins & Burr
One Shell Square
701 Poydras St., Suite 4040
New Orleans, LA 70139

_____
CHARLES F. SEEMANN, JR.

G:\HUFF\CFS\10320\1032\answer.wpd