FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN 10 PM 12: 50

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT | * | CIVIL ACTION |
| OF CENTRAL GULF CORPORATION | * | |
| ON BEHALF OF THE DIAMOND DREDGE | * | NUMBER: 00-0156 c/w 00-1166 |
| NO. 9 FOR EXONERATION FROM OR | * | |
| LIMITATION OF LIABILITY | * | SECTION: "L" |
| | * | JUDGE FALLON |
| | * | |
| | * | MAGISTRATE (3) |
| | * | MAGISTRATE JUDGE AFRICK |

*********************************************

## MOTION TO EXTEND DEADLINE FOR EXCHANGING EXPERT REPORTS

**NOW INTO COURT**, through undersigned counsel comes Chet Morrison Contractors, Inc. ("CMC") and respectfully moves this Court to extend the deadline for all parties to exchange expert reports by thirty days. All counsel have been contacted and there is no opposition to this Motion. This extension will not affect the trial date in this matter.

Respectfully submitted,

REICH, MEEKS & TREADAWAY, L.L.C.

_____
ROBERT S. REICH (#11163)
LAWRENCE R. PLUNKETT, JR. (#21939)
3850 N. Causeway Boulevard, Suite 1000
Metairie, Louisiana 70002
Telephone: (504) 830-3999
*Attorneys for Chet Morrison Contractors, Inc.*

DATE OF ENTRY
JAN 1 2 2001

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been served on all counsel to these proceedings either by facsimile transmission, hand delivery or by placing a copy of same in the United States Mail postage prepaid and properly addressed this 9 day of January, 2001.

*[signature]*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT | * | CIVIL ACTION |
| OF CENTRAL GULF CORPORATION | * | |
| ON BEHALF OF THE DIAMOND DREDGE | * | NUMBER: 00-0156 c/w 00-1166 |
| NO. 9 FOR EXONERATION FROM OR | * | |
| LIMITATION OF LIABILITY | * | SECTION: "L" |
| | * | JUDGE FALLON |
| | * | |
| | * | MAGISTRATE (3) |
| | * | MAGISTRATE JUDGE AFRICK |

*******************************************

# O R D E R

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that considering the law and motion of counsel, that the deadline for all parties to exchange expert reports in this matter be and is hereby extended thirty days. This extension will not affect the trial date in this matter.

**NEW ORLEANS, LOUISIANA,** this _11_ day of January, 2001.

_____
UNITED STATES DISTRICT JUDGE