```
                                    FILED
                              U.S. DISTRICT COURT
                              EASTERN DISTRICT OF LA

                              2001 JAN 30  AM 11: 27

                                LORETTA G. WHYTE
                                     CLERK
```

**MINUTE ENTRY**
**AFRICK, M.J.**
**January 29, 2001**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DIAMOND SERVICES CORPORATION** | CIVIL ACTION NO. 00-0156 |
| versus | SECTION: "L" (3) |
| **TENNESSEE GAS PIPELINE COMPANY** | |

A settlement conference with respect to the property damage claim of Chet Morrison is scheduled in the above-captioned case on March 23, 2001, at 10:00 A.M., in the undersigned U.S. Magistrate Judge's chambers, located at 501 Magazine Street, Room 335, New Orleans, Louisiana.

**On or before March 16, 2001**, each party shall submit to the undersigned Magistrate Judge an in-camera letter/memorandum, **no longer than three pages double spaced**, outlining their settlement position. The letter/memorandum may be faxed directly to my chambers at 504-589-7608. All counsel are to have access to someone with full authority.

_____
LANCE M. AFRICK
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY ALL COUNSEL**

DATE OF ENTRY
JAN 3 0 2001

Fee_____
Process_____
X Dktd_____
__CtRmDep_____
Doc.No._____