FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB -2 PM 12: 46
FEB - 2 2001
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF CENTRAL GULF TOWING, INC., AS OWNER PRO HAC VICE OF THE M/V VIVIAN, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | * * * * * * * * | CIVIL ACTION<br><br>NUMBER: 00-1166<br>C/W NO. 00-0156<br><br><br>SECTIONS: "L" and "R"<br>MAGISTRATE (3) |

### WITNESS AND EXHIBIT LISTS OF
### TENNESSEE GAS PIPELINE COMPANY

**NOW COMES** Tennessee Gas Pipeline Company and submits its May Call Witness and Exhibit Lists as follows:

### MAY CALL WITNESSES

(1)     Donnie Bergeron
        TGPL
        Houma, LA
        Facts concerning accident

(2)     Larry Slowik
        TGPL
        Houma, LA
        Damages for TGPL not addressed by Chet Morrison

N0621761.1

___Fee
___Process
_X_ Dktd
___CtRmDep
Doc.No. 52

(3)  Mike Bryan
     TGPL
     Houma, LA
     Damages for TGPL not addressed by Chet Morrison

(4)  Any witness(es) listed by any other party

## EXHIBITS

(1)  Damaged pipe in question or photographs thereof

(2)  Diagram of four bayous

(3)  Cost of pipe being replaced

(4)  Records of downtime

(5)  Donnie Bergeron's Logs

(6)  Documents attached to deposition

(7)  Chet Morrison Contract

(8)  Any document(s) listed by any other party

Respectfully submitted,

*[signature]*

GRADY S. HURLEY, ESQ. (#13913)
CHRISTOPHER S. MANN (#26397)
JONES, WALKER, WAECHTER,
 POITEVENT, CARRERE & DENEGRE
201 St. Charles Avenue
48th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8000
Attorneys for Tennessee Gas Pipeline Company

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served on all counsel to these proceedings by placing a copy of same in the United States Mail postage prepaid and properly addressed this /1st day of Feb, 2001.

/s/ Hurley

N0621761.1                                3