

```
        FILED
    U.S. DISTRICT COURT
  EASTERN DISTRICT OF LA

  2001 FEB -2  PM 4:27

    LORETTA G. WHYTE
          CLERK
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF<br>DIAMOND SERVICES CORPORATION,<br>ON BEHALF OF THE DIAMOND DREDGE NO. 9<br>FOR EXONERATION FROM OR<br>LIMITATION OF LIABILITY | C.A. No. 00-0156<br><br>SECTION: "L" (3) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| JOSEPH FORET, JR. | C.A. No. 00-0708 |
| v. | SECTION: "L" (3) |
| CENTRAL GULF TOWING, INC. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| IN THE MATTER OF CENTRAL GULF TOWING, INC.,<br>AS OWNER *PRO HAC VICE* OF THE M/V VIVIAN,<br>PRAYING FOR EXONERATION FROM AND/OR<br>LIMITATION OF LIABILITY | C.A. No. 00-1166<br><br>SECTION: "L" (3) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### WITNESS AND EXHIBIT LISTS OF
### T. BAKER SMITH & SON, INC.

```
___Fee_____
___Process__
 X  Dktd____
___CtRmDep__
___Doc.No.53
```

T. Baker Smith & Son, Inc. (TBS) submits the following May-Call Witness List and preliminary Exhibit List:

### May-Call Witnesses

1. Donnie Bergeron
   (Tennessee Gas employee previously deposed)

2. Gary Guidry
   TBS party chief

3. Harry Dupre
   TBS party chief

4. Any witness listed by any other party

### Exhibit List

1. Maps generated by TBS of the Tennessee Gas Pipeline Project.

2. Deposition of Louis Pierre.

3. Exhibits to depositions of Louis Pierre and Donnie Bergeron.

4. Maps or plats of Quatre Bayou areas.

5. Donnie Bergeron logs.

6. TBS records of Tennessee Gas Pipeline Project.

    a. survey books kept by Gary Guidry and Harry Dupre;

    b. personal notebooks of Gary Guidry and Harry Dupre;

    c. time records of TBS personnel on the job;

    d. TBS invoices on the job.

7. Any contracts or purchase orders relating to the project.

8. Other TBS file records (all of which have been tendered to counsel).

9. Any document listed by any other party.

*[signature]*
_____
CHARLES F. SEEMANN, JR. (11912)
DEUTSCH, KERRIGAN & STILES, LLP
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-5141
Fax: (504) 566-1201
Attorneys for Third-Party Defendant,
T. Baker Smith & Son, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of February, 2001, a copy of the above and foregoing pleading was served by mailing same, United States mail, postage prepaid, properly addressed, to the following counsel of record:

Robert B. Acomb, III, Esq.
McAlpine, Peuler & Cozad
701 S. Peters St., Suite 300
New Orleans, LA 70130

Grady S. Hurley, Esq.
Jones, Walker, Waechter,
    Poitevent, Carrere & Denegre
Place St. Charles
201 St. Charles Ave., 50th Floor
New Orleans, LA 70170-5100

Stanley J. Cohn, Esq.
Lugenbuhl, Burke, Wheaton, Peck,
    Rankin & Hubbard
601 Poydras St., Suite 2775
New Orleans, LA 70130

Lawrence R. Plunkett, Jr., Esq.
Reich, Meeks & Treadaway
Two Lakeway Center
3850 N. Causeway Blvd., Suite 1000
Metairie, LA 70002

John Daniel Rayburn, Esq.
Leonard & Leonard, Ltd.
P. O. Box 91823
Lafayette, LA 70509-1823

David A. Hilleren, Esq.
Hilleren & Hilleren
P. O. Box 1750
Covington, LA 70434-1750

Timothy F. Burr, Esq.
Galloway, Johnson, Tompkins & Burr
One Shell Square
701 Poydras St., Suite 4040
New Orleans, LA 70139

_____
CHARLES F. SEEMANN, JR.

G:\HUFF\CFS\10320\1032\witness exhibit list.wpd