FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB -2 PM 4: 43
FEB - 2 2001
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT OF DIAMOND SERVICES CORPORATION, ON BEHALF OF THE DIAMOND DREDGE NO. 9 FOR EXONERATION FROM OR LIMITATION OF LIABILITY | * * * * * | CIVIL ACTION<br><br>NO. 00-0156<br><br>SECTION "L"(3) |
| * * * * * * * * * * * * * * * * * * | | |
| JOSEPH FORET, JR.<br><br>VERSUS<br><br>CENTRAL GULF TOWING, INC. | * * * * * | CIVIL ACTION<br><br>NO. 00-0708<br><br>SECTION "L"(3) |
| * * * * * * * * * * * * * * * * * * | | |
| IN THE MATTER OF CENTRAL GULF TOWING, INC., AS OWNER PRO HAC VICE OF THE M/V VIVIAN, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | * * * * * * * * | CIVIL ACTION<br><br>NO. 00-1166<br><br>SECTION "L"(3)<br><br>JUDGE FALLON<br>MAG. AFRICK |
| * * * * * * * * * * * * * * * * * * | | |

**SUPPLEMENTAL WITNESS AND EXHIBIT LIST**

NOW INTO COURT, through undersigned counsel, comes Central Gulf Towing, Inc., and submits the following Supplemental Witness and Exhibit List:



## **WITNESSES**

1. Lowell Harris
2. Louis Pierre
3. Donald Bergeron
4. Danny Chaisson
5. Curtis Callais
6. Jimmy Mobley
7. Joseph Floyd Foret, Jr.
8. Lee Moss, M.D.
9. Margo Hoffman and/or Judith Lide
10. Daniel Trahant, M.D.
11. Robert Davis, M.D.
12. John Sweeney, M.D.
13. Richard Haydel, M.D.
14. Evelyn Martin or representative of Dupre Brothers
15. Gary Guidry, M.D.
16. Brian Matherne, M.D.
17. Ken Boudreaux
18. Liability Expert
19. Ted J. Savoie
20. Cindy Matherne
21. Buster Kenny
22. Chris Billiot

23. Any witness listed or called by any party in this litigation.

### EXHIBITS

1. Logs - M/V VIVIAN
2. Accident reports
3. Photos of VIVIAN
4. Photos of DIAMOND DREDGE NO. 9
5. Photos of SUSAN MORRISON
6. Photos of Mr. Foret's boat
7. IRS returns of Floyd Foret, Jr.
8. Social Security records of Floyd Foret, Jr.
9. Logs - M/V SUSAN MORRISON
10. Any exhibit listed or introduced by any party to the litigation.

LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD
   Of Counsel

SCOTT R. WHEATON, JR., T.A., BAR #13395
STANLEY J. COHN, BAR #4238
Suite 2775 Pan-American Life Center
601 Poydras Street
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Attorneys for Central Gulf Towing, Inc.

### CERTIFICATE OF SERVICE

I do hereby certify that I have on this 2nd day of February, 2001, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

-3-