```
                                        FILED
                                  U.S. DISTRICT COURT
                                 EASTERN DISTRICT OF LA

                                   2001 FEB -5  PM 3:34

                                    LORETTA G. WHYTE
                                         CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT OF DIAMOND SERVICES CORPORATION, ON BEHALF OF THE DIAMOND DREDGE NO. 9 FOR EXONERATION FROM OR LIMITATION OF LIABILITY | * * * * * * | CIVIL ACTION<br><br>NO. 00-0156<br><br>SECTION "L" (3) |
| * * * * * * * * * * * * * * * * * * | | |
| JOSEPH FORET, JR.<br><br>VERSUS<br><br>CENTRAL GULF TOWING, INC. | * * * * * * | CIVIL ACTION<br><br>NO: 00-0708<br><br>SECTION "L" (3) |
| * * * * * * * * * * * * * * * * * * | | |
| IN THE MATTER OF CENTRAL GULF TOWING, INC., AS OWNER <u>PRO HAC VICE</u> OF THE M/V VIVIAN, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | * * * * * * * * | CIVIL ACTION<br><br>NO. 00-1166<br><br>SECTION "L" (3) |
| * * * * * * * * * * * * * * * * * * | | |

### **PLAINTIFF'S WITNESS AND EXHIBIT LIST**

Plaintiff, Joseph Foret, Jr., submits the following Witness and Exhibit List:

#### **WITNESSES**

    1.    Joseph Foret, Jr.

    2.    Kathy Verdin

    3.    Chris Billiot



4. Dr. Gary Guidry
5. Dominick Foret
6. Dr. Semoon Chang
7. Tom Stewart
8. Lowell Harris
9. Louis Pierre
10. Donald Bergeron
11. Danny Chaisson
12. Curtis Callais
13. Jimmy Mobley
14. Dr. Daniel Trahant
15. Dr. Robert Davis
16. Dr. John Sweeney
17. Dr. Richard Haydel
18. Ted J. Savoie
19. Any witness listed or called by any other party.

## **EXHIBITS**

1. Logs of the M/V VIVIAN
2. All accident Reports pertinent to this matter
3. Photographs of the Vivian
4. Photographs of diamond Dredge No1 9
5. Photos of the M/V SUSAN MORRISON
6. IRS records

7.  Social Security Records

8.  Logs of the M/V SUSAN MORRISON

9.  Damage documents concerning the M/V SUSAN MORRISION

10. Terrebonne General Medical Records

11. Diagnostic films and/or x-rays

12. Records Dr. Gary Guidry

13. Medical bills

14. Any exhibit listed or introduced by any other party.

Respectfully submitted:

HILLEREN & HILLEREN, L.L.P.

_____
DAVID A. HILLEREN (6921)
Post Office Box 9150
Mandeville, Louisiana 70470-9150
Telephone: (504) 893-5959
Attorney for Joseph Foret, Jr.

**CERTIFICATE OF SERVICE**

I do hereby certify that I have served a copy of the above and foregoing pleading on all counsel of record herein by mailing same by United States Mail, properly addressed and first class postage prepaid, on this February 2, 2001.

_____
DAVID A. HILLEREN