FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB -5 PM 4: 47

LORETTA G. WHYTE
CLERK

53322/RBA/bcb                                                              0265-5765

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF DIAMOND SERVICES CORPORATION, ON BEHALF OF THE DIAMOND DREDGE NO. 9 FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NUMBER: 00-0156<br><br>SECTION: "L" (3) |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| JOSEPH FORET, JR.<br><br>VERSUS<br><br>CENTRAL GULF TOWING, INC. | CIVIL ACTION<br><br>NO.: 00-0708<br><br>SECTION: "L" (3) |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| IN THE MATTER OF CENTRAL GULF TOWING, INC., AS OWNER *PRO HAC VICE* OF THE M/V VIVIAN, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NUMBER: 00-1166<br><br>SECTION: "L" (3) |

### WITNESS AND EXHIBIT LIST

NOW INTO COURT, through undersigned counsel, comes Diamond Services Corporation, and submits the following Witness and Exhibit List:

___ ree
___ Process
_X_ Dktd
___ CtRmDep
Doc.No. 58

## MAY CALL WITNESSES

1. Captain Louis Pierre
2. Lowell Harris
3. Kenny Mimes
4. Steve Rolands
5. Gene Pierre
6. Roger Maclane
7. Dennis Purce
8. Roger Falgout
9. Chris Guillot
10. Willie Bergeron
11. Denny Chaisson
12. Jim Mobley
13. Curtis Callais
14. Chet Morrison
15. Joseph Foret
16. Dr. Lee Moss
17. Foret's treating physicians
18. Representatives of Diamond Services Corporation
19. Donny Bergeron
20. Representatives of Tennessee Gas Pipeline Company
21. Earl Hebert
22. Representatives of Rimkus Consulting Group, Inc.
23. Representatives of T. Baker Smith, Inc.
24. Gary Guidry
25. Henry Dupre
26. Representative of Stolt Divers, Inc.
27. Armand Cuevas and/or Representatives of Intermodal Transportation Services, Inc.
28. Pat Aucoin and/or Representatives of Aucoin Claims Services;
29. Any witness listed, used or called by any other party.

## EXHIBITS

1. Logs of Diamond Dredge No. 9;

2. Photographs of any vessel;

3. Photographs of the pipeline markings;

4. Charts and diagrams of the pipeline in Quatre Bayou;

5. Drawings of the pipeline damage;

6. Statement of Donny Bergeron;

7. Log of Donny Bergeron;

8. Alliance Agreement No: HC97-088 between El Paso Energy Phillips and Chet Morrison Contractors;

9. Contracts between any of the parties in question;

10. Insurance policies of any of the parties;

11. Master Service Contracts between the parties;

12. Any document produced by Chet Morrison Contractors in support of its claim for damages;

13. Logs of the CMC vessels;

14. Chet Morrison's general repair procedures;

15. Chet Morrison's Rate Book;

16. Chet Morrison's Initial Work Request Form;

17. Chet Morrison's Diagram of Nature and Extent of Damages;

18. Any exhibit listed, used or introduced by any other party;

Diamond Service reserves the right to amend this pleading upon completion of discovery.

                        _____
MICHAEL L. McALPINE, T.A. (#9195)
RICHARD A. COZAD (#4537)
ROBERT B. ACOMB, III (#2303)
McALPINE & COZAD
701 South Peters St., Suite 300
New Orleans, LA 70130
Telephone: (504) 561-0323; Fax: 528-9442
Attorneys for Diamond Services Corporation

<u>**CERTIFICATE OF SERVICE**</u>

I do hereby certify that I have on February 5, 2001, served a copy of the foregoing pleading on counsel for all parties to this proceeding by mailing and faxing same by United States mail, properly addressed and first class postage prepaid.

_____

- 4 -