```
JOSEPH FORET, JR.                              *   CIVIL ACTION
                                               *
VERSUS                                         *   NO. 00-0708
                                               *
CENTRAL GULF TOWING, INC.                      *   SECTION "L" (3)
                                               *
*********************************************

IN THE MATTER OF                               *   CIVIL ACTION
CENTRAL GULF TOWING, INC.,                     *
AS OWNER PRO HAC VICE                          *   NO. 00-1166
OF THE M/V VIVIAN,                             *
PRAYING FOR EXONERATION FROM                   *   SECTION: "L" (3)
AND/OR LIMITATION OF LIABILITY                 *
                                               *   JUDGE FALLON
                                               *   MAG. AFRICK
*****************************************************************
```

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2001 FEB -7 PM 1:20
FEB 07 2001
LORETTA G. WHYTE
CLERK

00-156

## EXHIBIT LIST

Comes now, Defendant, COMMERCIAL UNDERWRITERS INSURANCE COMPANY, who provides the following list of exhibits which may be introduced at the trial of this matter:

1.  Certified copy of Commercial Underwriters Insurance Company's policy #BCG000460 issued to Chet Morrison Contractors.

2.  Certified copies of P&I policies # GCM99656 and GCM18875 issued to Diamond Services Corporation.

3.  Certified copy of P&I policy # P.I. 0814628 issued to Central Gulf Towing, Inc.

4.  Copy of contract between Chet Morrison Contractors and Tennessee Gas Pipeline Company.

5.  Copy of Alliance Agreement between Chet Morrison Contractors and El Paso Energy.

6.  Copy of Master Service Contract between Chet Morrison Contractors and Diamond Services Corporation.

7.  Copy of Master Service Contract between Chet Morrison Contractors and Central Gulf Towing, Inc.

4

8.  All damage supports provided by Chet Morrison Contractors concerning cost incurred in repairing of Tennessee Gas pipeline.

9.  Copy of graft prepared by Donald R. Remson of Rimkus that is attached to report of March 30, 2000.

10. Bid proposal of Chet Morrison Contractors for performance of original work of Tennessee Gas Pipeline Company.

11. Bid proposal/estimate of Chet Morrison Contractors for the repair of the Tennessee Gas pipeline.

12. Map of area in question where casualty occurred.

13. Pictures of Diamond Services Dredge #9.

14. Logs reflecting work performed by Diamond Services Dredge #9.

15. Copy of all records and logs kept by Donnie Bergeron, Tennessee Gas Pipeline Company.

16. Copy of Stolt Comex Seaway job log for work done on pipeline.

17. Chet Morrison Contractors Inspection Report, 12/15/99 with attachments.

18. Copy of photos taken by Rimkus of repair work to pipeline.

19. Any exhibit listed by any other party.

>  Respectfully submitted,
>
>  **LEONARD & LEONARD, Ltd.**
>  **A Professional Law Corporation**
>
>  By: _____
>  **J. DANIEL RAYBURN, JR. (#11404)**
>  **MELVIN A. EIDEN (#19557)**
>  2448 Johnston Street
>  Post Office Box 91823
>  Lafayette, Louisiana 70509-1823
>  Telephone No. (337) 233-4424
>  ATTORNEYS FOR COMMERCIAL
>  UNDERWRITERS INSURANCE COMPANY

5

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has this day been forwarded to all known counsel of record in this proceeding by depositing same in the United States Mail, postage prepaid and properly addressed.

At Lafayette, Louisiana, this 2nd day of February, 2001.

_____
J. DANIEL RAYBURN, JR.