FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2001 FEB -7 PM 1: 20
FEB 0 7 2001
LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT OF DIAMOND SERVICES CORPORATION, ON BEHALF OF THE DIAMOND DREDGE NO. 9 FOR EXONERATION FROM OR LIMITATION OF LIABILITY | * * * * * * | CIVIL ACTION<br><br>NO. 00-0156<br><br>SECTION "L" (3) |

***

| | | |
|---|---|---|
| JOSEPH FORET, JR.<br><br>VERSUS<br><br>CENTRAL GULF TOWING, INC. | * * * * * * * | CIVIL ACTION<br><br>NO. 00-0708<br><br>SECTION "L" (3) |

***

| | | |
|---|---|---|
| IN THE MATTER OF CENTRAL GULF TOWING, INC., AS OWNER <u>PRO HAC VICE</u> OF THE M/V VIVIAN, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | * * * * * * * * | CIVIL ACTION<br><br>NO. 00-1166<br><br>SECTION: "L" (3)<br><br>JUDGE FALLON<br>MAG. AFRICK |

***

### WITNESS LIST

Comes now, Defendant, COMMERCIAL UNDERWRITERS INSURANCE COMPANY, who provides the following list of witnesses who may be called at the trial of this matter:

1. Chet Morrison, Chet Morrison Contractors

2. Leroy Guidry, Chet Morrison Contractors

3. A representative of Commercial Underwriters Insurance Company

4. Donald R. Remson, Rimkus Consulting Group

___Fee___
___Process___
_X_ Dktd
___CtRmDep
Doc.No.___

5. W. G. Fincher, Rimkus Consulting Group

6. Stephen Stark, Frontier Adjusters

7. Rick Moore, Frontier Adjusters

8. A representative of Diamond Services Corporation

9. A representative of Central Gulf Towing, Inc.

10. A representative of Tennessee Gas Pipeline Corporation

11. Donald J. Bergeron, Jr., Tennessee Gas Pipeline Corporation

12. Louis A. Pierre, Diamond Services Corporation

13. The captain of the M/V Vivian

14. Mike Bryan, Tennessee Gas Pipeline Corporation

15. Roger Falgout, Chet Morrison Contractors

16. Gary Guidry, T. Baker Smith

17. Tad Ellenberger, Stolt Comex Seaway

18. Harry Dupre, T. Baker Smith

19. Any witness listed by any other party.

Respectfully submitted,

**LEONARD & LEONARD, Ltd.**
**A Professional Law Corporation**

By: _____
**J. DANIEL RAYBURN, JR. (#11404)**
**MELVIN A. EIDEN (#19557)**
2448 Johnston Street
Post Office Box 91823
Lafayette, Louisiana 70509-1823
Telephone No. (337) 233-4424
ATTORNEYS FOR COMMERCIAL
UNDERWRITERS INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has this day been forwarded to all known counsel of record in this proceeding by depositing same in the United States Mail, postage prepaid and properly addressed.

At Lafayette, Louisiana, this 2nd day of February, 2001.

_____
J. DANIEL RAYBURN, JR.