FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB -7 PM 4:44

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT OF CENTRAL GULF CORPORATION ON BEHALF OF THE DIAMOND DREDGE NO. 9 FOR EXONERATION FROM OR LIMITATION OF LIABILITY | * * * * * | CIVIL ACTION<br><br>NO. 00-0156<br><br>SECTION: "L" (3) |
| JOSEPH FORET, JR.<br><br>VERSUS<br><br>CENTRAL GULF TOWING, INC. | * * * * * * | CIVIL ACTION<br><br>NO. 00-0708<br><br>SECTION "L" (3) |
| IN THE MATTER OF CENTRAL GULF TOWING, INC., AS OWNER PRO HAC VICE OF THE M/V VIVIAN, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | * * * * * * | CIVIL ACTION<br><br>NO. 00-1166<br><br>SECTION "L" (3) |
| | * | JUDGE FALLON<br>MAG. AFRICK |

### WITNESS AND EXHIBIT LIST

NOW INTO COURT, through undersigned counsel, comes Boston Old Colony Insurance Company, who submits the following preliminary Witness and Exhibit Lists:

### WITNESS LIST

1. Lowell Harris.

2. Louis Pierre.

3. Donald Bergeron.

4. Danny Chaisson.

5. Curtis Callais.



6. Jimmy Mobley.

7. Joseph Floyd Foret, Jr.

8. Lee Moss, M.D.

9. Margo Hoffman and/or Judith Lide.

10. Daniel Trahant, M.D.

11. Robert Davis, M.D.

12. John Sweeney, M.D.

13. Richard Haydel, M.D.

14. Evelyn Martin or a representative of Dupre Brothers.

15. Gary Guidry, M.D.

16. Brian Matherne, M.D.

17. Ken Boudreaux.

18. Liability Expert.

19. Ted J. Savoie.

20. Cindy Matherne.

21. Buster Kenny.

22. Bob Buras, or another representative of MOAC.

23. Any fact or expert witness listed or called by any party in this litigation.

24. Any witness found during discovery.

25. Any representative of any and all prior employers of Joseph Foret, Jr.

26. Any witness for impeachment purposes.

**EXHIBIT LIST**

1. Logs of the M/V VIVIAN.

2. Any and all Accident Reports.

3. Any and all logs, daily work reports, time sheets or other documents regarding work activities at the time of Joseph Foret, Jr.'s accident.

4. Photos of the M/V VIVIAN.

5. Photos of the Diamond Dredge No. 9.

6. Photos of Mr. Foret's Boat.

7. IRS records of Joseph Foret, Jr.

8. Social Security records of Joseph Foret, Jr.

9. All medical records and medical reports concerning Joseph Foret, Jr.

10. Joseph Foret, Jr.'s former and current personnel and employment records.

11. Logs of the M/V SUSAN MORRISON.

12. All contracts between any parties to the litigation.

13. All Master Service Agreements between any parties to the litigation.

14. All insurance contracts of any party to the litigation.

15. All depositions taken in this litigation.

16. Any witness statements.

17. Any expert reports.

18. Any photographs, videos or diagrams of the accident site.

19. Any document found in discovery or produced in discovery by any party to the litigation.

20. Any exhibit produced by any party during discovery.

**Defendant reserves its right to supplement and amend this Preliminary Exhibit List as discovery is ongoing.**

Respectfully submitted,

_____
TIMOTHY F. BURR (#3701)
ANTHONY S. MASKA (#25163)
**GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH**
701 Poydras Street, Suite 4040
New Orleans, Louisiana 70139
Telephone: (504) 525-6802
Counsel for BOSTON OLD COLONY
INSURANCE COMPANY

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been forwarded to all counsel of record by depositing same in the United States mail, properly addressed and postage prepaid, this 7th day of February, 2001.

_____
ANTHONY S. MASKA