

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT | * | CIVIL ACTION |
| OF CENTRAL GULF CORPORATION | * | |
| ON BEHALF OF THE DIAMOND DREDGE | * | NUMBER:  00-0156 c/w 00-1166 |
| NO. 9 FOR EXONERATION FROM OR | * | |
| LIMITATION OF LIABILITY | * | SECTION: "L" |
| | * | JUDGE FALLON |
| | * | |
| | * | MAGISTRATE (3) |
| | * | MAGISTRATE JUDGE AFRICK |

*********************************************

### WITNESS AND EXHIBIT LIST

**NOW INTO COURT**, through undersigned counsel, comes Chet Morrison Contractors, Inc. and files its preliminary Witness and Exhibit List in this matter.

### Witnesses

1)   Donnie Bergeron

2)   Larry Slowik

3)   Mike Bryan

4)   Leroy Guidry

5)   Chet Morrison

6)   A representative of Chet Morrison Contractors, Inc.

7)   A representative of Tennessee Gas Pipeline, Inc.

8) Butch Porche

9) Lowell Harris

10) Louis Pierre

11) Danny Chaisson

12) Curtis Callais

13) Jimmy Mobley

14) Chris Guidry

15) Gary Guidry

16) Harry Dupuy

17) Kenny Mimes

18) Steve Rolands

19) Gene Pierre

20) Roger Maclane

21) Dennis Purce

22) Norm Dufour

23) Any witness listed by any other party

24) Any witness necessary to authenticate any document

25) Any witness identified through subsequent discovery

## Exhibits

1) Chet Morrison Contractors, Inc.'s invoices and supporting documentation

2) CMC contract with Tennessee Gas Pipeline

3) CMC contract with Diamond Services

4) CMC contract with Central Gulf Towing

5) Insurance policy issued to Diamond Services

6) Insurance policy issued to Central Gulf Towing;

7) Any document listed by any other party

8) Any document discovered through subsequent discovery

CMC reserves the right to supplement its Preliminary Witness and Exhibit List at any time prior to filing the Pre-Trial Order.

Respectfully submitted,

REICH, MEEKS & TREADAWAY, L.L.C.

_____
ROBERT S. REICH (#11163)
LAWRENCE R. PLUNKETT, JR. (#19739)
3850 N. Causeway Boulevard, Suite 1000
Metairie, Louisiana 70002
Telephone: (504) 830-3999
*Attorneys for Chet Morrison Contractors, Inc.*

3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been served on all counsel to these proceedings either by facsimile transmission, hand delivery or by placing a copy of same in the United States Mail postage prepaid and properly addressed this 7 day of February, 2001.