```
            FILED
       U.S. DISTRICT COURT
     EASTERN DISTRICT OF LA

       2001 FEB 28 PM 4:40
          FEB 28 2001
        LORETTA G. WHYTE
             CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT OF DIAMOND SERVICES CORPORATION, ON BEHALF OF THE DIAMOND DREDGE NO. 9 FOR EXONERATION FROM OR LIMITATION OF LIABILITY | * * * * * * | CIVIL ACTION<br><br>NO. 00-0156<br><br>SECTION "L"(3) |
| JOSEPH FORET, JR.<br><br>VERSUS<br><br>CENTRAL GULF TOWING, INC. | * * * * * | CIVIL ACTION<br><br>NO. 00-0708<br><br>SECTION "L"(3) |
| IN THE MATTER OF CENTRAL GULF TOWING, INC., AS OWNER PRO HAC VICE OF THE M/V VIVIAN, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | * * * * * * * * | CIVIL ACTION<br><br>NO. 00-1166<br><br>SECTION "L"(3)<br><br>JUDGE FALLON<br>MAG. AFRICK |

### SUPPLEMENTAL EXHIBIT LIST

NOW INTO COURT, through undersigned counsel, comes Central Gulf Towing, Inc., and submits the following Supplemental Exhibit List:



## EXHIBITS

1. Photographs/Video of the - M/V SUSAN MORRISON

2. Photographs/Video of the Foret Pirogue

LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD

Of Counsel

_____
SCOTT R. WHEATON, JR., T.A., BAR #13395
STANLEY J. COHN, BAR #4238
Suite 2775 Pan-American Life Center
601 Poydras Street
New Orleans, Louisiana  70130
Telephone: (504) 568-1990
Attorneys for Central Gulf Towing, Inc.

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 28th day of February, 2001, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____