

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAR 26  PM 4:56
MAR 2 6 2001
LORETTA G. WHYTE
       CLERK

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF<br>DIAMOND SERVICES CORPORATION,<br>ON BEHALF OF THE DIAMOND DREDGE NO. 9<br>FOR EXONERATION FROM OR<br>LIMITATION OF LIABILITY | C.A. No. 00-0156<br><br>SECTION: "L" (3) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| JOSEPH FORET, JR. | C.A. No. 00-0708 |
| v. | SECTION: "L" (3) |
| CENTRAL GULF TOWING, INC. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| IN THE MATTER OF CENTRAL GULF TOWING, INC.,<br>AS OWNER *PRO HAC VICE* OF THE M/V VIVIAN,<br>PRAYING FOR EXONERATION FROM AND/OR<br>LIMITATION OF LIABILITY | C.A. No. 00-1166<br><br>SECTION: "L" (3) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ANSWER OF T. BAKER SMITH & SON, INC. TO
### THIRD-PARTY COMPLAINT OF CENTRAL GULF TOWING, INC.

___Fee_____
___Process__
_X_ Dktd___
___CtRmDep_
   Doc.No.___

T. Baker Smith & Son, Inc. (TBS), made third-party defendant by the Third-Party Complaint of Central Gulf Towing, Inc. (Central Gulf), for Answer to that Third-Party Complaint respectfully says:

**FIRST**

TBS admits the allegations of Paragraph 1.

**SECOND**

TBS is without knowledge or information sufficient to justify a belief as to the allegations of Paragraph 2, except that TBS admits that these proceedings include a petition by Central Gulf for exoneration from and/or limitation of liability, and that the pleadings of Central Gulf and the other parties herein speak for themselves.

**THIRD**

TBS denies the allegations of Paragraphs 3 and 5, except admits that TBS performed certain services for Tennessee Gas Pipeline Company (Tennessee) in connection with a project to bury its pipeline and Quatre Bayou Pass in Southern Plaquemines Parish, Louisiana. Those services including marking the pipeline with cane poles landward of where the pipe was damaged, and helping to locate the pipe in the deeper water seaward of where the pipe was damaged, so buoys could be placed on the pipe by others. TBS particularly denies placing the buoys which were marking the pipes on December 14, 1999.

**FOURTH**

TBS denies the allegations of Paragraphs 4, 6, 7, 8 and 9.

## AFFIRMATIVE DEFENSES

### FIFTH

Central Gulf's Third-Party Complaint fails to state a cause of action upon which relief can be granted.

### SIXTH

Further answering, TBS avers that the sole and proximate causes of the accident were the negligence and/or contributory negligence of the captain of the Diamond Dredge No. 9, and/or the negligence and/or contributory negligence of the M/V Vivian, for the decision to raise the spuds of the Diamond Dredge No. 9 at a time when the current in Quatre Bayou Pass was so strong that the M/V Vivian was unable to control the Diamond Dredge No. 9; and for the decision to approach the job site from up-current; and for the decision of when and how to drop the spud of the Diamond Dredge No. 9.

CHARLES F. SEEMANN, JR.   #11912
KEITH J. BERGERON          #25574
        of
DEUTSCH, KERRIGAN & STILES
755 Magazine Street
New Orleans, LA 70130
Telephone:  (504) 581-5141
Fax:        (504) 566-1201
Attorneys for Third-Party Defendant,
T. Baker Smith & Son, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of March, 2001, a copy of the above and foregoing pleading was served by mailing same, United States mail, postage prepaid, properly addressed, to the following counsel of record:

Robert B. Acomb, III, Esq.
McAlpine, Peuler & Cozad
701 S. Peters St., Suite 300
New Orleans, LA 70130

Grady S. Hurley, Esq.
Jones, Walker, Waechter,
　Poitevent, Carrere & Denegre
Place St. Charles
201 St. Charles Ave., 50th Floor
New Orleans, LA 70170-5100

Stanley J. Cohn, Esq.
Lugenbuhl, Burke, Wheaton, Peck,
　Rankin & Hubbard
601 Poydras St., Suite 2775
New Orleans, LA 70130

Lawrence R. Plunkett, Jr., Esq.
Reich, Meeks & Treadaway
Two Lakeway Center
3850 N. Causeway Blvd., Suite 1000
Metairie, LA 70002

John Daniel Rayburn, Esq.
Leonard & Leonard, Ltd.
P. O. Box 91823
Lafayette, LA 70509-1823

David A. Hilleren, Esq.
Hilleren & Hilleren
P. O. Box 1750
Covington, LA 70434-1750

Timothy F. Burr, Esq.
Galloway, Johnson, Tompkins & Burr
One Shell Square
701 Poydras St., Suite 4040
New Orleans, LA 70139

_____
KEITH J. BERGERON

G.\HUFF\CFS\10320\1032\pld\answer central.wpd