FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

MAR 27 2001

LORETTA G. WHYTE
CLERK

54984/RBA/bcb                                                                                       0265-5765

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF DIAMOND SERVICES CORPORATION, ON BEHALF OF THE DIAMOND DREDGE NO. 9 FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NUMBER: 00-0156<br><br>SECTION: "L" (3) |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| JOSEPH FORET, JR.<br><br>VERSUS<br><br>CENTRAL GULF TOWING, INC. | CIVIL ACTION<br><br>NO.: 00-0708<br><br>SECTION: "L" (3) |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| IN THE MATTER OF CENTRAL GULF TOWING, INC., AS OWNER *PRO HAC VICE* OF THE M/V VIVIAN, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NUMBER: 00-1166<br><br>SECTION: "L" (3) |

### COUNTERCLAIM

NOW INTO COURT, through undersigned counsel, comes Diamond Services

Corporation (hereinafter "Diamond Services"), petitioner and counterclaimants, who brings



this Counterclaim against Chet Morrison Contractors, Inc. (hereinafter "CMC"), for the following reasons:

1. Pursuant to the CMC -Diamond Services Master Service Contract, Diamond Services provided the Diamond Dredge No. 9 and a tug for dredging operations on the Tennessee Gas Pipeline Company's 24 inch undersea pipeline in Quatre Bayou Pass, near Grand Isle, Louisiana, in the Gulf of Mexico on or about December 14-15, 1999.

2. Prior to and after the alleged pipeline damage, the Diamond Dredge No. 9 dredged the pipeline, for which Diamond Services has not been paid, as well as for the services of the tug to return the Diamond Dredge No. 9 to Amelia, Louisiana, as evidenced by the attached invoice (Exhibit A).

3. Cross-claimant, Diamond Services, alleges that at all material times, it was working under the Master Service Contract with CMC, and is entitled to be reimbursed for the attached invoice.

4. Diamond Services realleges and reavers all of its answers and defenses previously filed herein.

WHEREFORE, petitioner and counterclaimant, Diamond Services, prays that the claims against it in the limitation proceeding be dismissed at claimant's costs, that there be

judgment against all claimants for the full cost of any alleged damage to Tennessee Gas Pipeline Company's pipeline and/or personal injuries, plus interest, costs and attorneys fees; and that Crossclaimant, Diamond Services, prays there be judgment herein against claimant, Chet Morrison Contractors, Inc. for all sums that may be adjudged as due and owing Diamond Services Corporation for the services of the Dredge Diamond No. 9 and for towage charges, as well as for all general and equitable relief.

*/s/ Robert B. Acomb*

MICHAEL L. McALPINE, T.A. (#9195)
RICHARD A. COZAD (#4537)
ROBERT B. ACOMB, III (#2303)
McALPINE & COZAD
701 South Peters St., Suite 300
New Orleans, LA 70130
Telephone: (504) 561-0323; Fax: 528-9442
Attorneys for Diamond Services Corporation

### CERTIFICATE OF SERVICE

I do hereby certify that I have on March 14, 2001, served a copy of the foregoing pleading on counsel for all parties to this proceeding by mailing and faxing same by United States mail, properly addressed and first class postage prepaid.

*/s/ Robert B. Acomb*

- 3 -

# JOB SHEET

INVOICE NO. 99-429
DATE 1-4-00

SOLD TO: Chet Morrison Contractors
P.O. Box 3301
Houma, La. 70361-3301

In (5111) Dredging

| YOUR ORDER NO. | JOB NO. | LOCATION |
|---|---|---|
| P.O. # 57077 | 6978 | Tuartre Bayou Pass Area |

JOB FOREMAN: Wesley Daigle

EQUIPMENT USED: Dredge D-9  M/V Lady LaFon

BILLING INFORMATION — TO INVOICE YOU AS FOLLOWS:

To invoice you for equipment used on Tenneco pipeline in the above area, as per the attached logs and tickets.

| | |
|---|---|
| Dredge D-9  92 Hrs. @ $ 245.00 Per Hour | 22,540.00 |
| M/V Lady LaFon (900 HP)  39 Hrs. @ $ 175.00 Per Hour | 6,825.00 |
| | 29,365.00 |

TOTAL THIS INVOICE  $ 29,365.00

**TYPE OF CONSTRUCTION:**
( )KEYWAY
( )DREDGING LOCATION
( )DRAINAGE CANAL
( )LAYING MATS
( )BUILDING WHARF
( )DRIVING TEST PILE
( )MAKING A LOCATION
( )DRIVING PILE
_____ OTHER

**APPROVAL:**
MR. CARLINE _____
OPERATIONS _____
SUPT. IN CHARGE  1-4-00
ACCOUNTING  01/04/00
PURCHASING _____

EXHIBIT A

**WORK HANDLED ON:**
( )CONTRACT-TURNKEY
( )CONTRACT-LESS MATERIAL
( )HOURLY BASIS
( )DAILY BASIS
( )YARDAGE BASIS
( )LINEAL FOOT BASIS
_____ OTHER
_____ RATE

**DIAMOND SERVICES CORP.**

A Carline Company

P.O. Box 1286 • Morgan City, LA 70381-1286 • Phone: (504) 631-2187 • Fax: (504) 631-2442 • Louisiana Contractor's License: 3381

INVOICE NO.   99-429

DATE   1/04/00

SOLD TO

CHET MORRISON GENERAL CONTR.
P.O. BOX 3301
HOUMA, LA. 70361-3301

| Your Order No. | Our Order No. | Area |
|---|---|---|
| P.O. # 57077 | 6978 | TUARTRE BAYOU PASS AREA |

TO INVOICE YOU AS FOLLOWS:

TO INVOICE YOU FOR EQUIPMENT USED ON TENNECO PIPELINE IN
THE ABOVE AREA AS PER THE ATTACHED LOGS AND TICKETS.

```
DREDGE D-9   92 HRS. @ $ 245.00 PER HOUR              22,540.00
M/V LADY LAFON (900 HP)   39 HRS. @ $ 175.00 PER HOUR  6,825.00
                                                      ---------
                                                      29,365.00
```

TOTAL THIS INVOICE   $ 29,365.00

DAILY DREDGE TICKET


DIAMOND SERVICES
A Carline Company

DREDGE NO. _D-9_    Date: _12-13-99_

Worked For: _Chet Morrison_

Location: _Grande Isle_

HOURS TODAY (12:00 Mid. to 12:00 Mid.)
- WORKED _____ Hrs.
- TOWING _12_ Hrs.
- STAND BY _12_ Hrs.
- LOST _____ Hrs.

EXTRA OR HOURLY WORK
_____ Hrs.
This Work Not Covered by contract
Approved By: _____

NAME OF TUG MAKING TOW _Vivian_

DESCRIPTION OF WORK and LOST TIME
_12 noon - 12 mid - On tow to location_

TOTAL FEET DUG _____   WIDTH _____   DEPTH _____

WHITE COPY - SEND TO OFFICE

_Louis Pierre_
Captain

# DAILY DREDGE TICKET

**DIAMOND SERVICES**
A Carline Company

DREDGE NO. __10-9__     Date __12-14-99__

Worked For: __Chet Morrison__     Location: __Grande Isle__

HOURS TODAY (12:00 Mid. to 12:00 Mid.)

WORKED __13 ½__ Hrs.
TOWING __7 ½__ Hrs.
STAND BY __3__ Hrs.
LOST _____ Hrs.

EXTRA OR HOURLY WORK
_____ Hrs.
This Work Not Covered by contract
Approved By: _____

NAME OF TUG MAKING TOW __Vulcan__

DESCRIPTION OF WORK and LOST TIME

12-mid - 7:30 AM - On tow to location
7:30 AM - 10:30 AM  s/by waiting on inspector
10:30 AM - 12 mid Dredging pipe ditch & Floatation

Starting Station # 271 + 09 = 268.00
200 X 50 X 10 cut

TOTAL FEET DUG _____ WIDTH _____ DEPTH _____

WHITE COPY - SEND TO OFFICE

__Louis Pierre__
Captain

# DAILY DREDGE TICKET



DREDGE NO. **D-9**

Date: **12-15-99**

Worked For: **Chet Morrison**

Location: **Grande Isle**

HOURS TODAY (12:00 Mid. to 12:00 Mid.)
- WORKED __16__ Hrs.
- TOWING _____ Hrs.
- STAND BY __8__ Hrs.
- LOST _____ Hrs.

EXTRA OR HOURLY WORK _____ Hrs.

This Work Not Covered by contract

Approved By: _____

NAME OF TUG MAKING TOW: ~~Horizon~~

DESCRIPTION OF WORK and LOST TIME

12 mid - 4:00 PM - Dredging pipe ditch and floatation.
4:00 PM - 12 mid - S/By waiting for tug Lady Le Fon

TOTAL FEET DUG _____ WIDTH _____ DEPTH _____

WHITE COPY - SEND TO OFFICE

_Louie Pierre_ , Captain

# DAILY DREDGE TICKET



DREDGE NO. _LD-9_    Date _12-16-99_

Worked For: _Chet Morrison_

Location: _Grande Isle_

HOURS TODAY (12:00 Mid. to 12:00 Mid.)

WORKED _____ Hrs.
TOWING _11 ½_ Hrs.
STAND BY _8 ½_ Hrs.
LOST _____ Hrs.

EXTRA OR HOURLY WORK

_____ Hrs.

This Work Not Covered by contract

Approved By: _____

NAME OF TUG MAKING TOW _Lady La Fon_

DESCRIPTION OF WORK and LOST TIME

12 mid - 8:30 AM S/By waiting for Lady La Fon
8:30 AM - 12 mid On tow to yard

TOTAL FEET DUG _____ WIDTH _____ DEPTH _____

WHITE COPY - SEND TO OFFICE

_Louis Pierre_
Captain

**DREDGE TICKET** 

DGE NO. _D-9_     Date: _12-17-99_

orked For: _Chet Morrison_     Location: _Grande Isle_

HOURS TODAY (12:00 Mid. to 12:00 Mid.)

WORKED _____ Hrs.
TOWING __8__ Hrs.
STAND BY _____ Hrs.
LOST _____ Hrs.

EXTRA OR HOURLY WORK

_____ Hrs.

This Work Not Covered by contract

Approved By: _____

NAME OF TUG MAKING TOW _Lady LeFon_

DESCRIPTION OF WORK and LOST TIME

_12 mid - 8 AM - On tow to yard_

TOTAL FEET DUG _____ WIDTH _____ DEPTH _____

WHITE COPY - SEND TO OFFICE

_____
Captain

# DIAMOND SERVICES, INC.
## DAILY BOAT OPERATING REPORT

CARGO ☐  SPEEDBOAT ☐  TUG ☒  BARGE ☐  UTILITY ☐

NAME: Lady Katon

NO OF MEN IN CREW: 5

NO MEALS SERVED: —

24 HOUR PERIOD ENDING 12 MIDNIGHT:
DATE 12-15 19 99

| ACTUAL TIME | | HOURS | | | | | FROM | TO | NO. OF PASS. | PURPOSE OF TRIP | LOCATION CODE OR AFE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FROM | TO | LOAD | TRIP | UN-LOAD | STAND BY | IDLE | (IF STANDING BY OR IDLE, SHOW LOCATION) | | | COMMODITY LOADED, TRANSFERRED, UNLOADED OR SERVICES PERFORMED | |
| | 1700 | | | | | | | | | Departed Base L/B E/R to dredge #9 w/ Gravel Isle | #9 W Gravel |
| | 1800 | | | | | | | | | East Bound I.C.W. At Bayou Black Wiggles | |
| | 2400 | | | | | | | | | East Bound At 29 mile Board - E/R to dredge #9 In Grand Isle | #9 |

TOTAL: 7 hrs Running Time

FUEL & OIL RECORD | FUEL GAL. | LUBE GAL. | REPAIRS & SUPPLIES
STOCK ON HAND
RECEIVED
TOTAL
TRANS TO:
CONSUMED
BALANCE ON HAND

WEATHER CONDITIONS:

☐ OVERTIME ALLOWANCE TO BE APPLIED

[signature] (BOAT CAPTAIN)

# DIAMOND SERVICES, INC.
## DAILY BOAT OPERATING REPORT

CARGO ☐   SPEEDBOAT ☐ TUG ☒   UTILITY ☐ BARGE ☐

NAME: Lady Katan   NO OF MEN IN CREW: 5   NO MEALS SERVED: ___

24 HOUR PERIOD ENDING 12 MIDNIGHT:   DATE: 12-16 19 99

| ACTUAL TIME | | HOURS | | | | FROM | TO | NO. OF PASS. | PURPOSE OF TRIP | LOCATION CODE OR AFE | FOR OFFICE USE (ROUND TRIP PROCEDURE) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FROM | TO | LOAD | TRIP | UN-LOAD | STAND BY | IDLE | | | (IF STANDING BY OR IDLE, SHOW LOCATION) | COMMODITY LOADED, TRANSFERRED, UNLOADED OR SERVICES PERFORMED | | ACCOUNT(S) TO CHARGE | T |
| 0001 | | | | | | | | | | C/c to D/#9 In Grand Isle - C/c L/B at 79 mile Band In the I.C.W | | |
| 0530 | | | | | | | | | | Arrived at Grand Isle Channel Markers 4&5 | | |
| 0830 | | | | | | | | | | Arrived at Dredge #9 - Push Bridles on | | |
| 0930 | | | | | | | | | | Underway w/ Dredge #9 C/c to Base | | |
| 1200 | | | | | | | | | | Northbound at 20+21 Intercoastal waterway | | |
| 1800 | | | | | | | | | | West Bound at 17 mile Board in I.C.W | | |
| 2400 | | | | | | | | | | with Dredge #9 | | |
| | | | | | | | | | | S/B at Leevac Bend w/D #9 - S/B For | | |
| | | | | | | | | | | Bayou Delarge Traffic | | |

TOTAL: 24 hrs Runnin Time

| FUEL & OIL RECORD | FUEL GAL. | LUBE GAL. | REPAIRS & SUPPLIES | WEATHER CONDITIONS: | ☐ OVERTIME ALLOWANCE TO BE APPLIED |
|---|---|---|---|---|---|
| STOCK ON HAND | | | | | |
| RECEIVED | | | | | |
| TOTAL | | | | | |
| TRANS TO: | | | | | |
| CONSUMED | | | | | |
| BALANCE ON HAND | | | | | |

_Ralph [signature]_   BOAT CAPTAIN

# DIAMOND SERVICES, INC.
## DAILY BOAT OPERATING REPORT

CARGO ☐
SPEEDBOAT ☐ TUG ☒
UTILITY ☐ BARGE ☐

NAME: Lady Lotus
NO OF MEN IN CREW: 5
NO MEALS SERVED: —
24 HOUR PERIOD ENDING 12 MIDNIGHT:
DATE: 12-17 19 99

| ACTUAL TIME | | HOURS | | | | FROM | TO | NO. OF PASS. | PURPOSE OF TRIP | LOCATION CODE OR AFE | FOR OFFICE USE (ROUND TRIP PROCEDURES) | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| FROM | TO | LOAD | TRIP | UN-LOAD | PRODUCTIVE STAND BY | IDLE | (IF STANDING BY OR IDLE, SHOW LOCATION) | | | COMMODITY LOADED, TRANSFERRED, UNLOADED OR SERVICES PERFORMED | | ACCOUNT(S) TO CHARGE | UNITS |
| 0001 | | | | | | | | | | St-By At Cocas Beach w/o #9 For Bayou Carlarge Traffic | | |
| 0130 | | | | | | | | | | Underway- E/B to Base with dredge #9 - w/B | | |
| 0600 | | | | | | | | | | Westbound At 76 Mile Board with dredge #9 In I.C.W. | | |
| 0800 | | | | | | | | | | Arrived At Base with dredge #9 | | |

TOTAL: 8 hrs Runnin Time

| FUEL & OIL RECORD | FUEL GAL. | LUBE GAL. | REPAIRS & SUPPLIES |
| --- | --- | --- | --- |
| STOCK ON HAND | | | |
| RECEIVED | | | |
| TOTAL | | | |
| TRANS. TO: | | | |
| CONSUMED | | | |
| BALANCE ON HAND | | | |

WEATHER CONDITIONS:

[signature] BOAT CAPTAIN

☐ OVERTIME ALLOWANCE TO BE APPLIED