```
                                      FILED
                                 U.S. DISTRICT COURT
                                EASTERN DISTRICT OF LA

                                 2001 MAR 27  PM 3:49
                                   MAR 2 7 2001
                                 LORETTA G. WHYTE
                                      CLERK
```

**MINUTE ENTRY**
**AFRICK, M.J.**
**MARCH 23, 2001**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

**DIAMOND SERVICES CORPORATION**              CIVIL ACTION NO. 00-0156

versus                                        SECTION: "L" (3)

**TENNESSEE GAS PIPELINE COMPANY**


A settlement conference was held on this date with all counsel participating. Settlement negotiations are ongoing and the parties may recontact this Court for another settlement conference once additional discovery has been completed.

                                              _____
                                              **LANCE M. AFRICK**
                                              **UNITED STATES MAGISTRATE JUDGE**


_____
**CLERK TO NOTIFY ALL COUNSEL**


```
DATE OF ENTRY
MAR 2 8 2001
```

```
___Fee_____
___Process__
 X /Dktd____
 √ /CtRmDep_
   Doc.No.__
```