**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAR 30 P 3 31

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**AFRICK, M.J.**
**March 29, 2001**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DIAMOND SERVICES CORPORATION**              CIVIL ACTION NO. 00-0156

versus                                        SECTION: "L" (3)

**TENNESSEE GAS PIPELINE COMPANY**

A settlement conference is scheduled **with respect to the personal injury claim of Joseph Floyd Foret, Jr.** in the above-captioned case on April 25, 2001 at 10:00 A.M., in the undersigned U.S. Magistrate Judge's chambers, located at 501 Magazine Street, Room 335, New Orleans, Louisiana.

**On or before April 18, 2001,** each party shall submit to the undersigned Magistrate Judge an in-camera letter/memorandum, **no longer than three pages double spaced,** outlining their settlement position. **The letter/memorandum may be faxed directly to my chambers at 504-589-7608.** All counsel are to have access to someone with full authority.

_____
LANCE M. AFRICK
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY ALL COUNSEL**

DATE OF ENTRY
APR 0 2 2001

Fee_____
Process___
X /Dktd___
CtRmDep___
Doc.No. 73