FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 APR 17  AM 8:44
APR 17 2001
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE DIAMOND SERVICES     *     CIVIL ACTION

    *     NUMBER 00-0156
        (REF. ALL CASES)
    *     SECTION "L" (3)

### ORDER OF DISMISSAL (Case No. 00-708 Only)

The Court having been advised by counsel for the Plaintiff in civil action number 00-708, that the case has been settled;

IT IS ORDERED that plaintiff's claims in case number 00-708 are hereby dismissed without costs, but without prejudice to the right, upon good cause shown, within sixty days, to seek summary judgment enforcing the compromise if it is not consummated by that time. During this sixty day period the Court retains jurisdiction to enforce the compromise agreed upon by the parties.

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this 16 day of April, 2001.

DATE OF ENTRY
APR 1 7 2001

UNITED STATES DISTRICT JUDGE