

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 APR 10 PM 2:26
APR 1 0 2001
LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF DIAMOND SERVICES CORPORATION, ON BEHALF OF THE DIAMOND DREDGE NO. 9 FOR EXONERATION FROM OR LIMITATION OF LIABILITY | C.A. No. 00-0156<br><br>SECTION: "L" (3) |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

| | |
|---|---|
| JOSEPH FORET, JR. | C.A. No. 00-0708 |
| v. | SECTION: "L" (3) |
| CENTRAL GULF TOWING, INC. | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

| | |
|---|---|
| IN THE MATTER OF CENTRAL GULF TOWING, INC., AS OWNER *PRO HAC VICE* OF THE M/V VIVIAN, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | C.A. No. 00-1166<br><br>SECTION: "L" (3) |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### MOTION BY T. BAKER SMITH & SON, INC. FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT AFTER DEADLINE

T. Baker Smith & Son, Inc. (TBS), third-party defendant, as authorized and directed by the Court at the pre-trial conference on April 3, moves the Court for an order permitting

DATE OF ENTRY
APR 1 7 2001

Fee_____
Process____
X  Dktd____
  CtRmDep__
  Doc.No.___

## CERTIFICATE OF SERVICE

I hereby certify that on the __10th__ day of April, 2001, a copy of the above and foregoing pleading was served by hand to Messrs. Acomb and Cohn and by mailing same, United States mail, postage prepaid, properly addressed, to the remaining counsel of record:

Robert B. Acomb, III, Esq.
McAlpine, Peuler & Cozad
701 S. Peters St., Suite 300
New Orleans, LA 70130

Grady S. Hurley, Esq.
Jones, Walker, Waechter,
   Poitevent, Carrere & Denegre
Place St. Charles
201 St. Charles Ave., 50th Floor
New Orleans, LA 70170-5100

Stanley J. Cohn, Esq.
Lugenbuhl, Burke, Wheaton, Peck,
   Rankin & Hubbard
601 Poydras St., Suite 2775
New Orleans, LA 70130

Lawrence R. Plunkett, Jr., Esq.
Reich, Meeks & Treadaway
Two Lakeway Center
3850 N. Causeway Blvd., Suite 1000
Metairie, LA 70002

John Daniel Rayburn, Esq.
Leonard & Leonard, Ltd.
P. O. Box 91823
Lafayette, LA 70509-1823

David A. Hilleren, Esq.
Hilleren & Hilleren
P. O. Box 1750
Covington, LA 70434-1750

Timothy F. Burr, Esq.
Galloway, Johnson, Tompkins & Burr
One Shell Square
701 Poydras St., Suite 4040
New Orleans, LA 70139

_____
KEITH J. BERGERON

G:\HUFF\CFS\10320\1032\PLD\MO-LEA~1.WPD

3

it to file a motion for summary judgment to dismiss the third-party demands against TBS, by Tuesday, April 10, for hearing on Wednesday, April 25.

        Respectfully submitted,

_____
CHARLES F. SEEMANN, JR (11912)
KEITH J. BERGERON (25574)
    of
Deutsch, Kerrigan & Stiles, L.L.P.
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-5141
Fax: (504) 566-1201
Attorneys for Third-Party Defendant,
T. Baker Smith & Son, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF DIAMOND SERVICES CORPORATION, ON BEHALF OF THE DIAMOND DREDGE NO. 9 FOR EXONERATION FROM OR LIMITATION OF LIABILITY | C.A. No. 00-0156<br><br>SECTION: "L" (3) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| JOSEPH FORET, JR. | C.A. No. 00-0708 |
| v. | SECTION: "L" (3) |
| CENTRAL GULF TOWING, INC. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| IN THE MATTER OF CENTRAL GULF TOWING, INC., AS OWNER *PRO HAC VICE* OF THE M/V VIVIAN, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | C.A. No. 00-1166<br><br>SECTION: "L" (3) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

IT IS HEREBY ORDERED that T. Baker Smith & Son, Inc. be, and it is hereby, granted permission to file a motion for summary judgment to dismiss the third-party

demands against it, as long as the motion is filed no later than Tuesday, April 10, and is on for hearing on Wednesday, April 25, 2001.

April ___16th___, 2001.

                                                                  **UNITED STATES DISTRICT JUDGE**

G:\HUFF\CFS\10320\1032\PLD\MO-LEA~1 WPD

2