U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  APR 17 2001

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF DIAMOND SERVICES CORPORATION, ON BEHALF OF THE DIAMOND DREDGE NO. 9 FOR EXONERATION FROM OR LIMITATION OF LIABILITY | C.A. No. 00-0156<br><br>SECTION: "L" (3) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| JOSEPH FORET, JR. | C.A. No. 00-0708 |
| v. | SECTION: "L" (3) |
| CENTRAL GULF TOWING, INC. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| IN THE MATTER OF CENTRAL GULF TOWING, INC., AS OWNER *PRO HAC VICE* OF THE M/V VIVIAN, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | C.A. No. 00-1166<br><br>SECTION: "L" (3) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION FOR ORAL ARGUMENT**

In accordance with local rule 78.1 E, third party defendant, T. Baker Smith & Son, Inc. (TBS), seeks oral argument on its Motion for Summary Judgment to Dismiss the Third

DATE OF ENTRY
APR 1 7 2001

Party Complaints of Diamond Services Corporation and Central Gulf Towing, Inc.

*[signature]*

CHARLES F. SEEMANN, JR. (11912)
KEITH J. BERGERON (25574)
  of
DEUTSCH, KERRIGAN & STILES
755 Magazine Street
New Orleans, LA 70130
Telephone:  (504) 581-5141
Fax:        (504) 566-1201
Attorneys for Third-Party Defendant,
T. Baker Smith & Son, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of April, 2001, a copy of the above and foregoing pleading was served by hand to Messrs. Acomb and Cohn and by mailing same, United States mail, postage prepaid, properly addressed, to the remaining counsel of record:

Robert B. Acomb, III, Esq.
McAlpine, Peuler & Cozad
701 S. Peters St., Suite 300
New Orleans, La. 70130

Grady S. Hurley, Esq.
Jones, Walker, Waechter,
  Poitevent, Carrere & Denegre
Place St .Charles
201 St .Charles Av., 50th Floor
New Orleans, La. 70170-5100

John Daniel Rayburn, Esq.
Leonard & Leonard, Ltd.
P. O. Box 91823
Lafayette, La. 70509-1823

David A. Hilleren, Esq.
Hilleren & Hilleren
P. O. Box 1750
Covington, La. 70434-1750

Stanley J. Cohn, Esq.
Lugenbuhl, Burke, Wheaton, Peck,
  Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, La. 70130

Lawrence R. Plunkett, Jr., Esq.
Reich, Meeks & Treadaway
Two Lakeway Center
3850 N. Causeway Blvd., Suite 1000
Metairie, La. 70002

Timothy F. Burr, Esq.
Galloway, Johnson, Tompkins & Burr
One Shell Square
701 Poydras St., Suite 4040
New Orleans, La. 70139

_____
KEITH J. BERGERON

G:\VELEZ\KJB\10320\1032\MOT~ORAL.WPD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF DIAMOND SERVICES CORPORATION, ON BEHALF OF THE DIAMOND DREDGE NO. 9 FOR EXONERATION FROM OR LIMITATION OF LIABILITY | C.A. No. 00-0156<br><br>SECTION: "L" (3) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| JOSEPH FORET, JR. | C.A. No. 00-0708 |
| v. | SECTION: "L" (3) |
| CENTRAL GULF TOWING, INC. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| IN THE MATTER OF CENTRAL GULF TOWING, INC., AS OWNER *PRO HAC VICE* OF THE M/V VIVIAN, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | C.A. No. 00-1166<br><br>SECTION: "L" (3) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**O R D E R**

Considering the foregoing Motion for Oral Argument,

**IT IS HEREBY ORDERED** that T. Baker Smith & Son's Motion for Oral Argument on the hearing of its Motion for Summary Judgment to Dismiss the Third Party Complaints of Diamond Services Corporation and Central Gulf Towing, Inc., is granted .

New Orleans, Louisiana, this  16  day of  April , 2001.

_____
UNITED STATES DISTRICT COURT JUDGE

G:\VELEZ\KJB\10320\1032\ORDER~~1.WPD