FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
APR 18 2001
2001 APR 18 AM 11:48
LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**AFRICK, M.J.**
**April 16, 2001**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DIAMOND SERVICES CORPORATION    CIVIL ACTION NO. 00-0156
                                REF: 00-708
versus                          SECTION: "L" (3)

TENNESSEE GAS PIPELINE COMPANY

This Court has been advised that the above-captioned case has settled. The settlement conference scheduled on April 25, 2001, is **HEREBY CANCELED**.

LANCE M. AFRICK
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY ALL COUNSEL**

DATE OF ENTRY
APR 18 2001