UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: DIAMOND SERVICES CORPORATION        CIVIL ACTION

NO. 00-156
REF: ALL CASES

SECTION: L

WEDNESDAY, APRIL 25, 2001, 9:00 AM
BEFORE JUDGE ELDON E. FALLON

Courtroom Deputy: Gaylyn Lambert
Court Reporter: Vic DiGiorgio

Appearances: Robert Acomb III, Esq. for Diamond Services Corporation

Charles Seeman, Jr., Esq. and
Keith Bergeron, Esq. for T. Baker Smith & Son, Inc.

Motion of defendant, T. Baker Smith & Son, Inc., for Summary Judgment:

Argument - DENIED.

DATE OF ENTRY
APR 2 5 2001

Fee
Process
X Dktd
CtRmDep
Doc.No.