

COPY IN CHAMBERS

55684/RBA/bcb                                                      0265-5765

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT<br>OF DIAMOND SERVICES CORPORATION,<br>ON BEHALF OF THE DIAMOND DREDGE<br>NO. 9 FOR EXONERATION FROM OR<br>LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NUMBER: 00-0156<br><br>SECTION: "L" (3) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| JOSEPH FORET, JR. | CIVIL ACTION |
| VERSUS | NO.: 00-0708 |
| CENTRAL GULF TOWING, INC. | SECTION: "L" (3) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| IN THE MATTER OF CENTRAL GULF<br>TOWING, INC., AS OWNER *PRO HAC*<br>*VICE* OF THE M/V VIVIAN, PRAYING<br>FOR EXONERATION FROM AND/OR<br>LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NUMBER: 00-1166<br><br>SECTION: "L" (3) |

**MOTION, INCORPORATED MEMORANDUM AND ORDER
FOR LEAVE TO FILE REPLY MEMORANDUM TO
COMMERCIAL UNDERWRITERS INSURANCE COMPANY'S
PRE-TRIAL BRIEF ON CONTRACTUAL INSURANCE
AND INDEMNITY ISSUES**

DATE OF ENTRY
MAY 9 2001



NOW INTO COURT, through undersigned counsel, comes Diamond Services Corporation and moves this Court for leave to file the attached Reply Brief in response to Commercial Underwriters Insurance Company's misstatement of the law and facts arising out of the contractual terms and conditions of the CMC/Diamond Services Master Service Contract, all as more fully set forth in the attached Reply Memorandum.

Respectfully submitted,

_____
MICHAEL L. McALPINE, P.A. (#9195)
RICHARD A. COZAD (#4537)
ROBERT B. ACOMB, III (#2303)
McALPINE & COZAD
701 South Peters St., Suite 300
New Orleans, LA 70130
Telephone: (504) 561-0323; Fax: 528-9442
Attorneys for Diamond Services Corporation

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on May 3, 2001, served a copy of the foregoing pleading on counsel for all parties to this proceeding by mailing and faxing same by United States mail, properly addressed and first class postage prepaid.

_____

55684/RBA/bcb											0265-5765

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT<br>OF DIAMOND SERVICES CORPORATION,<br>ON BEHALF OF THE DIAMOND DREDGE<br>NO. 9 FOR EXONERATION FROM OR<br>LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NUMBER: 00-0156<br><br>SECTION: "L" (3) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| JOSEPH FORET, JR. | CIVIL ACTION |
| VERSUS | NO.: 00-0708 |
| CENTRAL GULF TOWING, INC. | SECTION: "L" (3) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| IN THE MATTER OF CENTRAL GULF<br>TOWING, INC., AS OWNER *PRO HAC<br>VICE* OF THE M/V VIVIAN, PRAYING<br>FOR EXONERATION FROM AND/OR<br>LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NUMBER: 00-1166<br><br>SECTION: "L" (3) |

### ORDER

Considering the foregoing Motion, it is hereby ordered that Diamond Services Corporation is granted leave to file its Reply Brief to Commercial Underwriters Insurance Company's Pre-Trial Brief on contractual/insurance and indemnity issues.

New Orleans, Louisiana, this 7th day of May, 2001.

_____
UNITED STATES DISTRICT COURT JUDGE

- 3 -