

54986/RBA/bcb                                                                             0265-5765

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF DIAMOND SERVICES CORPORATION, ON BEHALF OF THE DIAMOND DREDGE NO. 9 FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NUMBER: 00-0156<br><br>SECTION: "L" (3) |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| JOSEPH FORET, JR. | CIVIL ACTION |
| VERSUS | NO.: 00-0708 |
| CENTRAL GULF TOWING, INC. | SECTION: "L" (3) |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| IN THE MATTER OF CENTRAL GULF TOWING, INC., AS OWNER *PRO HAC VICE* OF THE M/V VIVIAN, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NUMBER: 00-1166<br><br>SECTION: "L" (3) |

## MOTION AND ORDER TO
## SUBSTITUTE COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Diamond Services Corporation, who moves this Honorable Court for an Order substituting Michael L. McAlpine, Richard A. Cozad, and Robert B. Acomb III, of the firm McAlpine & Cozad,

DATE OF ENTRY
MAY 1 4 2001

Doc.No. 97

in the place of Roger Wheaton and Stanley Cohn of the firm Lungenbuhl, Burke, Wheaton, Peck, Rankin & Hubbard, as counsel of record for Central Gulf Towing, Inc.

_____
MICHAEL L. McALPINE, T.A. (#9195)
RICHARD A. COZAD (#4537)
ROBERT B. ACOMB, III (#2303)
McALPINE & COZAD
701 South Peters St., Suite 300
New Orleans, LA 70130
Telephone: (504) 561-0323; Fax: 528-9442
Attorneys for Diamond Services Corporation

_____
Mr. Scott R. Wheaton  13395
Mr. Stanley J. Cohn  4238
Lungenbuhl, Burke, Wheaton,
 Peck, Rankin & Hubbard
Pan-American Life Center Blvd.
601 Poydras Street, Suite 2775
New Orleans, LA 70130

CERTIFICATE OF SERVICE

I do hereby certify that I have on this ___ day of _____, 200_, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____

53322/RBA/bcb 0265-5765

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF THE COMPLAINT
CIVIL ACTION
OF DIAMOND SERVICES CORPORATION,
ON BEHALF OF THE DIAMOND DREDGE
NUMBER: 00-0156
NO. 9 FOR EXONERATION FROM OR
LIMITATION OF LIABILITY
          SECTION: "L" (3)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| JOSEPH FORET, JR. | CIVIL ACTION |
| VERSUS | NO.: 00-0708 |
| CENTRAL GULF TOWING, INC. | SECTION: "L" (3) |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| IN THE MATTER OF CENTRAL GULF TOWING, INC., AS OWNER *PRO HAC VICE* OF THE M/V VIVIAN, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NUMBER: 00-1166<br><br>SECTION: "L" (3) |

### ORDER

Considering the foregoing Motion to Substitute Counsel of Record:

IT IS HEREBY ORDERED that Michael L. McAlpine, Richard A. Cozad and Robert B. Acomb III, of the firm of McAlpine & Cozad be, and the same are hereby, substituted as counsel of record for defendant, Central Gulf Towing, Inc., in place of Roger Wheaton and Stanley Cohn of the firm Lungenbuhl, Burke, Wheaton, Peck, Rankin & Hubbard.

New Orleans, Louisiana, this _11_ day of _May_, 2001.

_____
UNITED STATES DISTRICT COURT JUDGE