FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAY 14 AM 11:37

LORETTA G. WHYTE
CLERK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE DIAMOND SERVICES** | * | **CIVIL ACTION** |
| | * | **NUMBER 00-0156** |
| | | **(REF. ALL CASES)** |
| | * | **SECTION "L" (3)** |

**ORDER OF DISMISSAL** — JOSEPH FORET CLAIMS ONLY IN 00-156 & 00-1166

The Court having been advised by counsel that all claims made by Joseph F. Foret, Jr. in civil action numbers 00-156 and 00-1166 have been settled;

IT IS ORDERED that Mr. Foret's claims in case number 00-156 and 00-1166 are hereby dismissed without costs, but without prejudice to the right, upon good cause shown, within sixty days, to seek summary judgment enforcing the compromise if it is not consummated by that time. During this sixty day period the Court retains jurisdiction to enforce the compromise agreed upon by the parties.

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this 14 day of May, 2001.

DATE OF ENTRY
MAY 14 2001

**UNITED STATES DISTRICT JUDGE**

___ Fee
___ Process
X  Dktd
___ CtRmDep
___ Doc.No. 98