```
                                              FILED
                                         U.S. DISTRICT COURT
                                         EASTERN DISTRICT OF LA

                                         2001 MAY -9 PM 12: 14

                                         LORETTA G. WHYTE
                                               CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT OF DIAMOND SERVICES CORPORATION, ON BEHALF OF THE DIAMOND DREDGE NO. 9 FOR EXONERATION FROM OR LIMITATION OF LIABILITY | * * * * * * | CIVIL ACTION<br><br>NO. 00-0156<br><br>SECTION "L"(3) |
| JOSEPH FORET, JR.<br><br>VERSUS<br><br>CENTRAL GULF TOWING, INC. | * * * * * | CIVIL ACTION<br><br>NO. 00-0708<br><br>SECTION "L"(3) |
| IN THE MATTER OF CENTRAL GULF TOWING, INC., AS OWNER PRO HAC VICE OF THE M/V VIVIAN, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | * * * * * * * | CIVIL ACTION<br><br>NO. 00-1166<br><br>SECTION "L"(3) |

**UNOPPOSED MOTION AND ORDER TO DISMISS
CLAIMS FILED BY DIAMOND SERVICES CORPORATION
AND CENTRAL GULF TOWING, INC.**

NOW INTO COURT, through undersigned counsel, come Central Gulf Towing, Inc. and Diamond Services Corporation, in their position as claimants in the limitation proceedings instituted by

```
DATE OF ENTRY

MAY 15 2001
```



each of them; and upon further suggesting to the Court, that Central Gulf Towing moves to dismiss, with prejudice, its claim pending in the Diamond Services limitation of liability proceeding, Civil Action No. 00-0156, and Diamond Services Corporation moves to dismiss, with prejudice, its claim pending in the Central Gulf Towing limitation of liability proceeding, Civil Action No. 00-1166, with each claimant bearing its own costs; and upon further suggesting to the Court that the parties to this consolidated litigation have been contacted and no one objects to the granting of this motion. Accordingly, for good cause shown, claimants Central Gulf Towing and Diamond Services Corporation submit that they have shown good cause why their motion should be granted.

Respectfully submitted,

| LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD | McALPINE & COZAD |
|---|---|
| _____ | _____ |
| SCOTT R. WHEATON, JR. (#13395) STANLEY J. COHN (#4238) Pan-American Life Center 601 Poydras Street, Suite 2775 New Orleans, Louisiana 70130 Telephone: (504) 568-1990 Attorneys for Central Gulf Towing, Inc. | MICHAEL L. McALPINE, T.A. (#9195) RICHARD A. COZAD (#4537) ROBERT B. ACOMB, III (#2303) 701 South Peters St., Ste. 300 New Orleans, Louisiana 70130 Telephone: (504) 561-0323 Attorneys for Diamond Services Corporation |

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this _____ day of ___May___. served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid _____

-2-

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT <br> OF DIAMOND SERVICES CORPORATION, <br> ON BEHALF OF THE DIAMOND DREDGE <br> NO. 9 FOR EXONERATION FROM OR <br> LIMITATION OF LIABILITY | * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION <br><br> NO. 00-0156 <br><br> SECTION "L"(3) |
| * * * * * * * * * * * * * * * * * * * | | |
| JOSEPH FORET, JR. <br><br> VERSUS <br><br> CENTRAL GULF TOWING, INC. | * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION <br><br> NO. 00-0708 <br><br> SECTION "L"(3) |
| * * * * * * * * * * * * * * * * * * * | | |
| IN THE MATTER OF <br> CENTRAL GULF TOWING, INC., <br> AS OWNER PRO HAC VICE <br> OF THE M/V VIVIAN, <br> PRAYING FOR EXONERATION FROM <br> AND/OR LIMITATION OF LIABILITY | * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION <br><br> NO. 00-1166 <br><br> SECTION "L"(3) |
| * * * * * * * * * * * * * * * * * * * | | |

**ORDER**

UPON MOTION OF Central Gulf Towing, Inc. and Diamond Services Corporation, it is

ORDERED, that the claim of Central Gulf Towing in the Diamond Services limitation action, Civil Action No. 00-0156, is hereby dismissed, with prejudice;

IT IS FURTHER ORDERED that the claim of Diamond Services Corporation in the Central Gulf Towing limitation action, Civil Action No. 00-1166, is hereby dismissed, with prejudice; and

Each claimant will bear its own costs.

New Orleans, Louisiana, this 11 day of May, 2001.

_____
U.S. DISTRICT JUDGE