UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: DIAMOND SERVICES CORPORATION          CIVIL ACTION

                                             NO. 00-156
                                             REF: ALL CASES

                                             SECTION: L

MONDAY, MAY 14, 2001, at 9:50 AM
BEFORE JUDGE ELDON E. FALLON

**Courtroom Deputy:** Gaylyn Lambert
**Court Reporter:** O. J. Robert

**Appearances:** Robert Acomb III, Esq. & Michael McAlpine, Esq. for Diamond Services
Corporation and Lumberman's Mutual Casualty Company
Grady Hurley, Esq. for Tennessee Gas Pipeline Co.
Stanley Cohn, Esq. for Central Gulf Towing, Inc.
Robert Reich, Esq. for Chet Morrison Contractors, Inc.
John Rayburn, Esq. for Commercial Underwriters Ins. Co.
Anthony Maska, Esq. for Boston Old Colony Ins. Co.
Chas. Seemann, Jr., Esq. & Keith Bergeron, Esq. for T. Baker Smith & Son

## NON JURY TRIAL:

Counsel advise the Court that they have reached a settlement on most of the issues. Terms
of said settlement are dictated on the record.
The Court will enter a 30 Day Dismissal after the outstanding issues are resolved.
The issue remaining, Priority of Payment between Commercial Underwriters Insurance
Company and Diamond Services Corporation, will be heard on TUESDAY, MAY 15, 2001,
AT 9:00 AM.

Court adjourned at 10:00 am.

DATE OF ENTRY
MAY 1 5 2001

