UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: DIAMOND SERVICES CORPORATION

CIVIL ACTION

NO. 00-156
REF: ALL CASES

SECTION: L

TUESDAY, MAY 15, 2001, at 9:00 am
BEFORE JUDGE ELDON E. FALLON

Courtroom Deputy: Gaylyn Lambert
Court Reporter: O. J. Robert

Appearances: Robert Acomb III, Esq. & Michael McAlpine, Esq.
             for Diamond Services Corporation

             John Rayburn, Esq.
             for Commercial Underwriters Ins. Co.

---

The Court will construe the Pre-Trial Briefs filed by Commercial Underwriters Insurance Company and Diamond Services Corporation as Cross-Motions for Summary Judgment on the issue of Priority of Payment:

Argument - TAKEN UNDER SUBMISSION.

DATE OF ENTRY
MAY 1 5 2001

Fee
Process
X Dktd
CtRmDep
Doc.No.