

```
              FILED
         U.S. DISTRICT COURT
        EASTERN DISTRICT OF LA

        2001 MAY 15  AM 8:43
             MAY 1 5 2001
           LORETTA G. WHYTE
                CLERK
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT | * | CIVIL ACTION |
| OF CENTRAL GULF CORPORATION | * | |
| ON BEHALF OF THE DIAMOND DREDGE | * | NUMBER: 00-0156 c/w 00-1166 |
| NO. 9 FOR EXONERATION FROM OR | * | |
| LIMITATION OF LIABILITY | * | SECTION: "L" |
| | * | JUDGE FALLON |
| | * | |
| | * | MAGISTRATE (3) |
| | * | MAGISTRATE JUDGE AFRICK |

*******************************************

### MOTION TO AMEND PRE-TRIAL ORDER

**NOW INTO COURT**, through undersigned counsel, comes Chet Morrison Contractors, Inc. and respectfully moves this Court for an Order amending the Pre-Trial Order in this matter. CMC submits that this amendment should be permitted to prevent manifest injustice.

DATE OF ENTRY
MAY 1 5 2001

Respectfully submitted,

REICH, MEEKS & TREADAWAY, L.L.C.

_____
ROBERT S. REICH (#11163)
LAWRENCE R. PLUNKETT, JR. (#19739)
3850 N. Causeway Boulevard, Suite 1000
Metairie, Louisiana 70002
Telephone: (504) 830-3999
*Attorneys for Chet Morrison Contractors, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been served on all counsel to these proceedings either by facsimile transmission, hand delivery or by placing a copy of same in the United States Mail postage prepaid and properly addressed this 11 day of May, 2001.

_____

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT | * | CIVIL ACTION |
| OF CENTRAL GULF CORPORATION | * | |
| ON BEHALF OF THE DIAMOND DREDGE | * | NUMBER: 00-0156 c/w 00-1166 |
| NO. 9 FOR EXONERATION FROM OR | * | |
| LIMITATION OF LIABILITY | * | SECTION: "L" |
| | * | JUDGE FALLON |
| | * | |
| | * | MAGISTRATE (3) |
| | * | MAGISTRATE JUDGE AFRICK |

******************************************

## ORDER

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that considering the law and motion of counsel, that the attached Amendment to the Pre-Trial Order be and is hereby incorporated into the Pre-Trial Order in this matter.

NEW ORLEANS, LOUISIANA, THIS _14_ DAY OF MAY, 2001.

_____
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT | * | CIVIL ACTION |
| OF CENTRAL GULF CORPORATION | * | |
| ON BEHALF OF THE DIAMOND DREDGE | * | NUMBER: 00-0156 c/w 00-1166 |
| NO. 9 FOR EXONERATION FROM OR | * | |
| LIMITATION OF LIABILITY | * | SECTION: "L" |
| | * | JUDGE FALLON |
| | * | |
| | * | MAGISTRATE (3) |
| | * | MAGISTRATE JUDGE AFRICK |

*********************************************

## AMENDMENT TO PRE-TRIAL ORDER

Chet Morrison Contractors, Inc. submits the following amendment to the Pre-Trial Order.

CMC wishes to amend the Pre-Trial Order at page 15 by adding the following paragraph at the conclusion of its Brief Statement of Material Facts:

> The Master Service Contract between CMC and Diamond Services contains a termination clause which requires ten days written notice of termination before the contract can be terminated but precludes cancellation of the contract during any project. CMC contends Diamond Services' actions in refusing to continue working on the project and leaving the job site after the December 14 incident constitutes a breach of the Master Service Contract which caused CMC to incur additional damages in hiring a replacement dredge to complete the project.

CMC wishes to amend the contested issues of fact on page 32 by adding the following:

8)  Whether Diamond Services breached the Master Service Contract by abandoning the job site following the December 14, 1999 incident;

9)  The damages CMC is entitled to recover as a result of Diamond Services' breach of the Master Service Contract.

Respectfully submitted,

**REICH, MEEKS & TREADAWAY, L.L.C.**

_____
ROBERT S. REICH (#11163)
LAWRENCE R. PLUNKETT, JR. (#19739)
3850 N. Causeway Boulevard, Suite 1000
Metairie, Louisiana 70002
Telephone: (504) 830-3999
*Attorneys for Chet Morrison Contractors, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served on all counsel to these proceedings either by facsimile transmission, hand delivery or by placing a copy of same in the United States Mail postage prepaid and properly addressed this _11_ day of May, 2001.

_____

2