

```
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAY 15 AM 8:42
MAY 1 5 2001
LORETTA G. WHYTE
       CLERK
```

COPY IN CHAMBERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF DIAMOND SERVICES CORPORATION ON BEHALF OF THE DIAMOND DREDGE NO. 9 FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NO. 00-0156<br><br>SECTION: "L" (3) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| JOSEPH FORET, JR. | CIVIL ACTION |
| VERSUS | NO. 00-0708 |
| CENTRAL GULF TOWING, INC. | SECTION: "L" (3) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| IN THE MATTER OF CENTRAL GULF TOWING, INC., AS OWNER *PRO HAC VICE* OF THE M/V VIVIAN, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NO. 00-1166<br><br>SECTION: "L" (3) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION AND ORDER TO**
**<u>SUBSTITUTE COUNSEL OF RECORD</u>**

NOW INTO COURT, through undersigned counsel, comes Diamond Services Corporation, who moves this Honorable Court for an Order substituting Michael L. McAlpine, Richard A. Cozad, and Robert B. Acomb III, of the firm McAlpine & Cozad, in the place of

```
DATE OF ENTRY
MAY 1 5 2001
```



Timothy F. Burr and Anthony S. Maska of the firm Galloway, Johnson, Tompkins, Burr and Smith, as counsel of record for Boston Old Colony Insurance Company.

Respectfully submitted,

_____
MICHAEL L. McALPINE, T.A. (#9195)
RICHARD A. COZAD (#4537)
ROBERT B. ACOMB, III (#2303)
**McAlpine & Cozad**
701 South Peters St., Suite 300
New Orleans, Louisiana 70130
Telephone: (504) 561-0323
Attorneys for Diamond Services Corporation

and

_____
TIMOTHY F. BURR (#3701)
ANTHONY S. MASKA (#25163)
**Galloway, Johnson, Tomkins, Burr & Smith**
701 Poydras Street, Suite 4040
New Orleans, Louisiana 70139
Telephone: (504) 525-6802

## CERTIFICATE OF SERVICE

I CERTIFY that a copy of the foregoing was sent to all counsel of record via telefax and/or U.S. mail, properly addressed and postage prepaid, this 14th day of May, 2001.

_____
ROBERT B. ACOMB, III

Case 2:00-cv-00156-EEF    Document 104    Filed 05/15/2001    Page 2 of 4

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF DIAMOND SERVICES CORPORATION ON BEHALF OF THE DIAMOND DREDGE NO. 9 FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NO. 00-0156<br><br>SECTION: "L" (3) |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| JOSEPH FORET, JR. | CIVIL ACTION |
| VERSUS | NO. 00-0708 |
| CENTRAL GULF TOWING, INC. | SECTION: "L" (3) |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| IN THE MATTER OF CENTRAL GULF TOWING, INC., AS OWNER *PRO HAC VICE* OF THE M/V VIVIAN, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NO. 00-1166<br><br>SECTION: "L" (3) |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to Substitute Counsel of Record;

IT IS HEREBY ORDERED that Michael L. McAlpine, Richard A. Cozad, and Robert B. Acomb III, of the firm McAlpine & Cozad be, and the same are hereby substituted as counsel of

record for defendant, Boston Old Colony Insurance Company, in the place of Timothy F. Burr and Anthony S. Maska of the firm Galloway, Johnson, Tompkins, Burr and Smith.

_____
UNITED STATES DISTRICT JUDGE