```
                                               FILED
                                          U.S. DISTRICT COURT
                                        EASTERN DISTRICT OF LA

                                         2001 MAY 23  AM 11:58
                                             MAY 2 3 2001
                                          LORETTA G. WHYTE
                                               CLERK
```

**MINUTE ENTRY**
**FALLON, J.**
**May 22, 2001**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE DIAMOND SERVICES | * | CIVIL ACTION |
| | * | NUMBER 00-0156 |
| | | (REF. ALL CASES) |
| | * | SECTION "L" (3) |

The above captioned matter was set for trial on May 14, 2001. However, the parties settled many of the outstanding claims on the morning of trial and the case did not proceed to trial. At that time, the parties indicated that there may be outstanding claims for attorney's fees in this case. To date, no motions for attorneys fees have been filed. To facilitate final resolution of this matter, IT IS ORDERED that any party wishing to assert any remaining claim in this case SHALL file a motion with the Court within ten days of entry of this Order.

```
DATE OF ENTRY
MAY 2 3 2001
```



