```
                                              FILED
                                          U.S. DISTRICT COURT
                                        EASTERN DISTRICT OF LA

                                          2001 MAY 18 PM 12: 12
                                              MAY 1 8 2001
                                          LORETTA G. WHYTE
                                                CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT OF DIAMOND SERVICES CORPORATION, ON BEHALF OF THE DIAMOND DREDGE NO. 9 FOR EXONERATION FROM OR LIMITATION OF LIABILITY | * * * * * | CIVIL ACTION<br><br>NO. 00-0156<br><br>SECTION "L"(3) |
| JOSEPH FORET, JR.<br><br>VERSUS<br><br>CENTRAL GULF TOWING, INC. | * * * * * | CIVIL ACTION<br><br>NO. 00-0708<br><br>SECTION "L"(3) |
| IN THE MATTER OF CENTRAL GULF TOWING, INC., AS OWNER PRO HAC VICE OF THE M/V VIVIAN, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | * * * * * * | CIVIL ACTION<br><br>NO. 00-1166<br><br>SECTION "L"(3) |

## JOINT MOTION AND ORDER TO PARTIALLY DISMISS

On motion of plaintiff and claimant, Joseph Floyd Foret, Jr., and defendants and/or complainants and/or claimants, Central Gulf Towing, Inc., Diamond Services, Inc., T. Baker Smith & Son, Inc., Tennessee Gas Pipeline Company, Chet Morrison Contractors,





Inc., and Commercial Underwriters Insurance Co., and on suggesting to the Court that the Joseph Floyd Foret, Jr. civil action, C.A. No. 00-0708, has been settled and compromised and that the parties hereto desire dismissal of the Foret action, with prejudice, and dismissal of Foret's claims in Civil Action Nos. 00-00156 and 00-1166, with prejudice, and each party to bear their own costs in connection with the dismissed portions of the consolidated civil actions;

Considering the foregoing Joint Motion to Partially Dismiss,

IT IS ORDERED, ADJUDGED AND DECREED that Civil Action No. 00-0708 be and it is hereby dismissed, with prejudice, and that Joseph Floyd Foret, Jr.'s claims in Civil Action Nos. 00-0156 and No. 00-1166 be and they are hereby dismissed, with prejudice, and each party to bear their own costs in connection with the dismissed portions of the consolidated civil actions.

_____
U.S. DISTRICT JUDGE

Submitted by:

| | |
|---|---|
| LUGENBUHL, WHEATON, PECK,<br>  RANKIN & HUBBARD | HILLEREN & HILLEREN |
| */s/ Scott R. Wheaton*<br>SCOTT R. WHEATON, JR. (#13395)<br>STANLEY J. COHN (#4238)<br>Pan-American Life Center<br>601 Poydras Street, Suite 2775<br>New Orleans, Louisiana 70130<br>Telephone: (504) 568-1990<br>Attorneys for Central Gulf<br>  Towing, Inc. | */s/ David A. Hilleren*<br>DAVID A. HILLEREN (#6921)<br>Hilleren & Hilleren<br>P. O. Box 9150<br>Mandeville, LA 70470<br>Telephone: (985)<br>Attorneys for Joseph Floyd<br>  Foret, Jr. |
| McALPINE & COZAD | JONES, WALKER, WAECHTER,<br>  POITEVENT, CARRERE & DENEGRE,<br>  LLP |
| */s/ Robert B. Acomb*<br>MICHAEL L. McALPINE, T.A. (#9195)<br>RICHARD A. COZAD (#4537)<br>ROBERT B. ACOMB, III (#2303)<br>701 South Peters St., Ste. 300<br>New Orleans, Louisiana 70130<br>Telephone: (504) 561-0323<br>Attorneys for Diamond Services<br>  Corporation | */s/ Grady S. Hurley*<br>GRADY S. HURLEY (#13931)<br>CHRISTOPHER S. MANN (#26397)<br>201 St. Charles Avenue<br>New Orleans, Louisiana 70170<br>Telephone: (504) 582-8224<br>Attorneys for Tennessee Gas<br>  Pipeline, Inc. |
| REICH, MEEKS & TREADAWAY | LEONARD & LEONARD, LTD. |
| */s/ Robert S. Reich*<br>ROBERT S. REICH (#11163)<br>LAWRENCE R. PLUNKETT (#19739)<br>Two Lakeway Center, Suite 1000<br>3850 N. Causeway Blvd.<br>Metairie, Louisiana 70002<br>Telephone: (504) 830-3999<br>Attorneys for Central Gulf<br>  Lines, Inc. | */s/ J. Daniel Rayburn*<br>J. DANIEL RAYBURN, JR. (#11404)<br>2448 Johnson Street<br>P.O. Box 91823<br>Lafayette, Louisiana 70509-1823<br>Telephone: (337) 233-4424<br>Attorneys for Commercial<br>  Underwriters Insurance Co. |

DEUTSCH, KERRIGAN & STILES

_____
CHARLES F. SEEMAN, JR. (#11912)
KEITH J. BERGERON (#25574)
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-5141
Attorneys for T. Baker Smith &
  Son, Inc.