

55968/RBA/bcb

0265-5765

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF DIAMOND SERVICES CORPORATION, ON BEHALF OF THE DIAMOND DREDGE NO. 9 FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NUMBER: 00-0156<br><br>SECTION: "L" (3) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| JOSEPH FORET, JR.<br><br>VERSUS<br><br>CENTRAL GULF TOWING, INC. | CIVIL ACTION<br><br>NO.: 00-0708<br><br>SECTION: "L" (3) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| IN THE MATTER OF CENTRAL GULF TOWING, INC., AS OWNER *PRO HAC VICE* OF THE M/V VIVIAN, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NUMBER: 00-1166<br><br>SECTION: "L" (3) |

## NOTICE OF APPEAL

Notice is hereby given that pursuant to Rule 4, Federal Rules of Appellate Procedure

and/or 28 USC §1292(a)(3), Diamond Services Corporation, petitioner, in the above-captioned and numbered matter, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Order denying Diamond Services Motion for Summary Judgment, and granting Commercial Underwriters Insurance Company's Cross-Motion for Summary Judgment on the insurance and contractual indemnity issues, which Order was entered by the Honorable United States District Judge Eldon E. Fallon, on May 16, 2001.

                                      Respectfully submitted,

                                      _____
                                      MICHAEL L. McALPINE, T.A. (#9195)
                                      RICHARD A. COZAD (#4537)
                                      ROBERT B. ACOMB, III (#2303)
                                      McALPINE & COZAD
                                      701 South Peters St., Suite 300
                                      New Orleans, LA  70130
                                      Telephone:  (504) 561-0323; Fax:  528-9442
                                      Attorneys for Diamond Services Corporation

<u>**CERTIFICATE OF SERVICE**</u>

     I do hereby certify that I have on May 25, 2001, served a copy of the foregoing pleading on counsel for all parties to this proceeding by mailing and faxing same by United States mail, properly addressed and first class postage prepaid.

_____