UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT<br>OF DIAMOND SERVICES CORPORATION<br>ON BEHALF OF THE DIAMOND DREDGE<br>NO. 9 FOR EXONERATION FROM OR<br>LIMITATION OF LIABILITY | * * * * * * | CIVIL ACTION<br><br>NO. 00-0156<br><br>SECTION "L" (3) |
| ****************************************** | * | |
| JOSEPH FORET, JR.<br><br>VERSUS<br><br>CENTRAL GULF TOWING, INC. | * * * * * * | CIVIL ACTION<br><br>NO. 00-0708<br><br>SECTION "L" (3) |
| ****************************************** | * | |
| IN THE MATTER OF<br>CENTRAL GULF TOWING, INC.<br>AS OWNER PRO HAC VICE<br>OF THE M/V VIVIAN,<br>PRAYING FOR EXONERATION FROM<br>AND/OR LIMITATION OF LIABILITY | * * * * * * * * | CIVIL ACTION<br><br>NO. 00-1166<br><br>SECTION "L" (3)<br><br>JUDGE FALLON<br>MAG. AFRICK |

## MOTION TO FIX ATTORNEY'S FEES

COMES NOW, Commercial Underwriters Insurance Company, who moves this Honorable Court, pursuant to the Court's Order entered May 23, 2001 and FRCP 54(d)(2)(A) to fix attorney's fees due and owing by Diamond Services' P&I Underwriters to Chet Morrison Contractors, Inc. Commercial Underwriters Insurance Company takes this action as a result of an assignment given to Commercial Underwriters Insurance Company by Chet Morrison Contractors, Inc.



As is more fully explained in the Memorandum in Support of Motion to Fix Attorney's Fees, Commercial Underwriters Insurance Company asks this Court to find that Diamond Services' P&I Underwriters owed a defense to Chet Morrison Contractors, Inc. (and therefore liable for the attorney's fees) incurred by Chet Morrison Contractors, Inc. as a result of this litigation.

          Respectfully submitted,

          BROUSSARD & KAY, L.L.C.

          _____
          J. DANIEL RAYBURN, JR. (#11404)
          557 Jefferson Street
          Post Office Drawer 3308
          Lafayette, Louisiana 70502
          Telephone: (337) 232-1666

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has this date been forwarded to all known counsel of record by placing a copy of same in the United States mail, postage prepaid and properly addressed.

Lafayette, Louisiana, this 31st day of May, 2001.

_____
J. DANIEL RAYBURN, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT<br>OF DIAMOND SERVICES CORPORATION<br>ON BEHALF OF THE DIAMOND DREDGE<br>NO. 9 FOR EXONERATION FROM OR<br>LIMITATION OF LIABILITY | * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION<br><br>NO. 00-0156<br><br>SECTION "L" (3) |
| ****************************************** | * | |
| JOSEPH FORET, JR.<br><br>VERSUS<br><br>CENTRAL GULF TOWING, INC. | * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION<br><br>NO. 00-0708<br><br>SECTION "L" (3) |
| ****************************************** | * | |
| IN THE MATTER OF<br>CENTRAL GULF TOWING, INC.<br>AS OWNER PRO HAC VICE<br>OF THE M/V VIVIAN,<br>PRAYING FOR EXONERATION FROM<br>AND/OR LIMITATION OF LIABILITY | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION<br><br>NO. 00-1166<br><br>SECTION "L" (3)<br><br>JUDGE FALLON<br>MAG. AFRICK |

**MEMORANDUM IN SUPPORT OF**
**MOTION TO FIX ATTORNEY'S FEES**

Commercial Underwriters Insurance Company (CUIC) is the CGL carrier for Chet Morrison Contractors, Inc. (CMC). As part of the settlement entered into between the parties, the terms of which were recited into the record on May 14, 2001, CUIC agreed to pay CMC Fifty Thousand and No/100 ($50,000.00) Dollars. In return for the payment of $50,000.00, CMC agreed to dismiss its claim for attorney's fees against CUIC; waive any claim for bad faith against CUIC; and assigned its rights for reimbursement of attorney's fees against the P&I carrier for Diamond Services, Inc. (Diamond Services) to CUIC.

As a result of that assignment and pursuant to the Court's Order entered May 23, 2001 and FRCP 54(d)(2)(A), CUIC files this Motion requesting the Court to fix attorney's fees which are due and owing to CMC as a result of their defense of this matter.

As the Court is well aware, the Master Service Contract between CMC and Diamond Services required Diamond Services to obtain P&I insurance. (*See* Paragraph 2.1(d)(ii).) The provision in the Master Service Contract requiring Diamond Services to obtain P&I insurance also required CMC to be named an additional assured under the P&I policy.

This Court, in its ruling entered on May 16, 2001, found that CMC was an additional assured under Diamond's P&I policy. The Court is well aware of the "Blanket Additional Assureds and Waiver of Subrogation" endorsement contained in Diamond's P&I policy. (*See* P&I Policy # GCM99656 page 11).

Additionally, the P&I policy contains a "Law cost" provision which reads as follows:

The Assurer shall not be liable for the cost or expense of prosecuting or defending any claim or suit unless the same shall have been incurred with the written consent of the Assurer, or the Assurer shall be satisfied that such approval could not have been obtained under the circumstances without unreasonable delay, or that such costs and charges were reasonably and properly incurred, such cost or expense being subject to the deductible. The cost and expense of prosecuting any claim in which the Assurer shall have an interest by subrogation or otherwise, shall be divided between the Assured and the Assurer, proportionately to the amounts which they would be entitled to receive respectively, if the suit should be successful.

The Assurer shall be liable for the excess where the amount deductible under this policy is exceeded by (A) the cost of investigating and/or successfully defending any claim or suit against the Assured based on a liability or an alleged liability of the Assured covered by this insurance, or (B) the amount paid by the Assured either under a judgment or a agreed settlement based on the liability covered herein including all costs, expenses of defense and taxable disbursements.

(P&I Policy # GCM99656 page 48).

There is no doubt that P&I Underwriters owed a defense to CMC as an additional assured under the policy. In fact, counsel for P&I Underwriters acknowledged this in a letter dated December 4, 2000. (Letter attached as Exhibit A). Although P&I Underwriters agreed to defend CMC for all claims asserted by Tennessee Gas Pipeline, they failed to do so. In fact, the evidence will show that P&I Underwriters restricted the defense provided by J. Frederick Kessenich to the Foret personal injury claim only. As a result, CMC incurred attorney's fees in excess of Fifty Thousand and No/100 ($50,000.00) Dollars. (The specific amount and fee statements supporting the attorney's fees will be provided to the Court as soon as counsel for CMC furnishes same to counsel for CUIC.)

CMC is entitled to recover its defense costs in this matter and CUIC asserts that claim pursuant to the assignment.

CUIC requests an evidentiary hearing to provide testimony from Robert Reich and J. Frederick Kessenich concerning the nature and extent of the alleged defense provided to CMC by P&I Underwriters.

                Respectfully submitted,

                BROUSSARD & KAY, L.L.C.

                J. DANIEL RAYBURN, JR. (#11404)
                557 Jefferson Street
                Post Office Drawer 3308
                Lafayette, Louisiana  70502
                Telephone: (337) 232-1666

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has this date been forwarded to all known counsel of record by placing a copy of same in the United States mail, postage prepaid and properly addressed.

Lafayette, Louisiana, this 31st day of May, 2001.

_____
J. DANIEL RAYBURN, JR.

**MCALPINE & COZAD**

A PROFESSIONAL LAW CORPORATION

701 SOUTH PETERS STREET - SUITE 300

NEW ORLEANS, LA 70130

TELEPHONE (504) 561-0323
FAX (504) 528-9442
www.mcalpinelaw.com

HOUSTON OFFICE
4900 WOODWAY • SUITE 650
HOUSTON, TEXAS 77056
TELEPHONE: (713) 629-1212
FACSIMILE: (713) 629-1441

December 4, 2000

**_TELECOPIER - 830-3950_**

Mr. Robert S. Reich
Reich, Meeks & Treadaway
Two Lakeway Center, Suite 1000
3850 N. Causeway Blvd.
Metairie, LA 70002

    RE: Diamond Services Corporation, on behalf of the
       DIAMOND DREDGE NO. 9
       For Exoneration from or Limitation of Liability
       Civil Action No. 00-0156; Section "L" (3)
       Our File No.: 0265-5765

Dear Bob:

  Further to my telefax of November 27, 2000, this will confirm that Diamond's and Central Gulf's protection and indemnity underwriters will **defend** CMC from any claims asserted against CMC by Foret and TGP, all in accordance with CMC's status as an additional insured on the involved policies. In addition, underwriters will **indemnify** CMC for any damages which may be assessed against it in accordance with the Court's allocation of any liability on the part of CMC.

  As we also previously indicated, underwriters have selected Mr. Rick Kessenich to act as defense counsel for CMC.

  By carbon copy of this letter to Mr. Rick Kessenich, I assume he is aware of the depositions set for tomorrow. If not, I would ask that he give me a call.

                Very truly yours,

                McALPINE & COZAD

                Richard A. Cozad

rac/bcb/52649
cc: Mr. J. Frederick Kessenich - (581-6020)
   Mr. Tim Burr - (525-2456)

EXHIBIT A

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF CENTRAL GULF | * | CIVIL ACTION |
| TOWING, INC., AS OWNER PRO HAC VICE | * | |
| OF THE M/V VIVIAN, PRAYING FOR | * | NUMBER: 00-1166 |
| EXONERATION FROM AND/OR | * | C/W NO. 00-0156 |
| LIMITATION OF LIABILITY | * | |
| | * | |
| | * | SECTIONS: "L" and "R" |
| | * | MAGISTRATE (3) |

NOTICE OF HEARING

To:  Robert B. Acomb, III, Esq.
McALPINE, PEULER & COZAD
701 South Peters Street
Suite 300
New Orleans, LA 70130

Robert S. Reich, Esq.
REICH, MEEKS & TREADAWAY
Two Lakeway Center, Suite 1830
3850 North Causeway Blvd.
Metairie, Louisiana  70002

Scott R. Wheaton, Jr., Esq.
LUGENBUHL, BURKE, WHEATON,
 PECK, RANKIN & HUBBARD
27th Floor/Pan American Life Center
601 Poydras Street
New Orleans, LA 70130-6027

Grady S. Hurley, Esq.
JONES, WALKER, WAECHTER, POITEVENT,
 CARRERE & DENEGRE, LLP
201 St. Charles Ave., 48th Floor
New Orleans, LA 70170-5100

**PLEASE TAKE NOTICE** that Commercial Underwriters Insurance Company will bring on for hearing the attached Motion to Fix Attorney's Fees before this Honorable Court on Wednesday, June 20, 2001, at 9:00 a.m., or as soon thereafter as this Honorable Court deems appropriate.

Respectfully submitted,

BROUSSARD & KAY, L.L.C.

_____
J. DANIEL RAYBURN, JR. (#11404)
557 Jefferson Street
Post Office Drawer 3308
Lafayette, LA 70502
Tel: (337) 232-1666
**ATTORNEYS FOR COMMERCIAL
 UNDERWRITERS INSURANCE COMPANY**

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served on all counsel to these proceedings by placing a copy of same in the United States Mail postage prepaid and properly addressed this 1st day of June, 2001.

_____

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF CENTRAL GULF | * | CIVIL ACTION |
| TOWING, INC., AS OWNER PRO HAC VICE | * | |
| OF THE M/V VIVIAN, PRAYING FOR | * | NUMBER: 00-1166 |
| EXONERATION FROM AND/OR | * | C/W NO. 00-0156 |
| LIMITATION OF LIABILITY | * | |
| | * | |
| | * | SECTIONS: "L" and "R" |
| | * | MAGISTRATE (3) |

ORDER

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the attorney's fees due and owing by Diamond Services' P&I Underwriters to Chet Morrison Contractors, Inc. be fixed in the following amount, $_____.

Signed this \_\_\_\_ day of _____, 2001, New Orleans, Louisiana.

_____
JUDGE, U.S. DISTRICT COURT