UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE DIAMOND SERVICES | * | CIVIL ACTION |
| | * | NUMBER 00-0156<br>(REF. ALL CASES) |
| | * | SECTION "L" (3) |

## MOTION TO SUBSTITUTE COUNSEL

COMES NOW, Commercial Underwriters Insurance Company, who moves this Honorable Court to substitute J. Daniel Rayburn, Jr. and the law firm of Broussard & Kay, L.L.C. as counsel of record for Commercial Underwriters Insurance Company replacing J. Daniel Rayburn, Jr. and Melvin A. Eiden and the Law Firm of Leonard & Leonard.

Respectfully submitted,

BROUSSARD & KAY, L.L.C.

_____
J. DANIEL RAYBURN, JR. (#11404)
557 Jefferson Street
Post Office Drawer 3308
Lafayette, Louisiana 70502
Telephone: (337) 232-1666

LEONARD & LEONARD, A P.L.C.

_____
MELVIN A. EIDEN (#19557)
2448 Johnson Street
Post Office Box 91823
Lafayette, Louisiana 70509-1823
Telephone: (337) 233-4424

DATE OF ENTRY
JUN 4 2001

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has this date been forwarded to all known counsel of record by placing a copy of same in the United States mail, postage prepaid and properly addressed.

Lafayette, Louisiana, this 24th day of May, 2001.

_____
J. DANIEL RAYBURN, JR.

UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE DIAMOND SERVICES | * | CIVIL ACTION |
| | * | NUMBER 00-0156<br>(REF. ALL CASES) |
| | * | SECTION "L" (3) |

## ORDER

THE COURT, having considered the Motion to Substitute Counsel filed on behalf of Commercial Underwriters Insurance Company;

IT IS ORDERED that J. Daniel Rayburn, Jr. and the law firm of Broussard & Kay, L.L.C. be substituted as counsel of record for Commercial Underwriters Insurance Company in the above-referenced matter in place of J. Daniel Rayburn, Jr. and Melvin A. Eiden and the law firm of Leonard & Leonard.

NEW ORLEANS, LOUISIANA, this _____ day of May, 2001.

_____
**UNITED STATES DISTRICT JUDGE**