FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUN -7 PM 1:34

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT | * | CIVIL ACTION |
| OF DIAMOND SERVICES CORPORATION | * | |
| ON BEHALF OF THE DIAMOND DREDGE | * | NO. 00-0156 |
| NO. 9 FOR EXONERATION FROM OR | * | |
| LIMITATION OF LIABILITY | * | SECTION "L" (3) |

*********************************************

| | | |
|---|---|---|
| JOSEPH FORET, JR. | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0708 |
| CENTRAL GULF TOWING, INC. | * | SECTION "L" (3) |

*********************************************

| | | |
|---|---|---|
| IN THE MATTER OF | * | CIVIL ACTION |
| CENTRAL GULF TOWING, INC. | * | |
| AS OWNER PRO HAC VICE | * | NO. 00-1166 |
| OF THE M/V VIVIAN, | * | |
| PRAYING FOR EXONERATION FROM | * | SECTION "L" (3) |
| AND/OR LIMITATION OF LIABILITY | * | |
| | * | JUDGE FALLON |
| | * | MAG. AFRICK |

### MOTION TO CONTINUE HEARING

COMES NOW, Commercial Underwriters Insurance Company, who moves this Honorable Court to continue the hearing of its Motion to Fix Attorney's Fees presently scheduled for hearing on Wednesday, June 20, 2001 at 9:00 o'clock a.m. Commercial Underwriters Insurance Company requests the Motion be continued until Wednesday, June 27, 2001 at 9:00 o'clock a.m. because of a scheduling conflict unaware to counsel for Commercial Underwriters Insurance Company at the time the Motion was fixed for hearing on Wednesday, June 20, 2001.

DATE OF ENTRY
JUN - 8 2001

Fee _____
Process _____
X/Dktd _____
_/CtRmDep _____
Doc.No. _777_

Counsel for Commercial Underwriters Insurance Company has contacted all counsel and there is no objection to this Motion.

Respectfully submitted,

BROUSSARD & KAY, L.L.C.

_____
J. DANIEL RAYBURN, JR. (#11404)
557 Jefferson Street
Post Office Drawer 3308
Lafayette, Louisiana 70502
Telephone: (337) 232-1666
Facsimile: (337) 232-1667

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has this date been forwarded to all known counsel of record by placing a copy of same in the United States mail, postage prepaid and properly addressed.

Lafayette, Louisiana, this 5th day of June, 2001.

_____
J. DANIEL RAYBURN, JR.

-2-

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT | * | CIVIL ACTION |
| OF DIAMOND SERVICES CORPORATION | * | |
| ON BEHALF OF THE DIAMOND DREDGE | * | NO. 00-0156 |
| NO. 9 FOR EXONERATION FROM OR | * | |
| LIMITATION OF LIABILITY | * | SECTION "L" (3) |

******************************************

| | | |
|---|---|---|
| JOSEPH FORET, JR. | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0708 |
| CENTRAL GULF TOWING, INC. | * | SECTION "L" (3) |

******************************************

| | | |
|---|---|---|
| IN THE MATTER OF | * | CIVIL ACTION |
| CENTRAL GULF TOWING, INC. | * | |
| AS OWNER PRO HAC VICE | * | NO. 00-1166 |
| OF THE M/V VIVIAN, | * | |
| PRAYING FOR EXONERATION FROM | * | SECTION "L" (3) |
| AND/OR LIMITATION OF LIABILITY | * | |
| | * | JUDGE FALLON |
| | * | MAG. AFRICK |

## ORDER

IT IS ORDERED that the Motion to Fix Attorney's Fees filed on behalf of Commercial Underwriters Insurance Company presently scheduled for Wednesday, June 20, 2001 is hereby continued to Wednesday, June 27, 2001 at 9:00 o'clock a.m.

NEW ORLEANS, LOUISIANA this 7th day of June, 2001.

_____
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT OF DIAMOND SERVICES CORPORATION ON BEHALF OF THE DIAMOND DREDGE NO. 9 FOR EXONERATION FROM OR LIMITATION OF LIABILITY | * * * * * * | CIVIL ACTION<br><br>NO. 00-0156<br><br>SECTION "L" (3) |
| ******************************************** | | |
| JOSEPH FORET, JR.<br><br>VERSUS<br><br>CENTRAL GULF TOWING, INC. | * * * * * * | CIVIL ACTION<br><br>NO. 00-0708<br><br>SECTION "L" (3) |
| ******************************************** | | |
| IN THE MATTER OF CENTRAL GULF TOWING, INC. AS OWNER PRO HAC VICE OF THE M/V VIVIAN, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | * * * * * * * * | CIVIL ACTION<br><br>NO. 00-1166<br><br>SECTION "L" (3)<br><br>JUDGE FALLON<br>MAG. AFRICK |

## NOTICE OF HEARING

TO:  Mr. David A. Hilleren  
     Hilleren & Hilleren  
     Post Office Box 9150  
     Mandeville, Louisiana  70471  

     Mr. Stanley J. Cohn  
     Lugenbuhl, Wheaton, Peck,  
        Rankin & Hubbard  
     601 Poydras Street  
     Pan-American Life Center, 27th floor  
     New Orleans, Louisiana  70130-6027  

Mr. Timothy F. Burr  
Attorney-at-Law  
One Shell Square  
701 Poydras Street  
Suite 4040  
New Orleans, Louisiana  70139  

Mr. Robert B. Acomb, III  
Mr. Richard A. Cozad  
McAlpine, Peuler & Cozad  
701 South Peters Street  
Suite 300  
New Orleans, Louisiana  70130-1661

Mr. Grady S. Hurley
Jones, Walker, Waechter,
 Poitevent, Carrere & Denegre
201 St. Charles Avenue
New Orleans, Louisiana 70130

Mr. Charles F. Seeman
Deutsch, Kerrigan & Stiles
755 Magazine Street
New Orleans, Louisiana 70130

Mr. Robert S. Reich
Reich, Meeks & Treadway
3850 North Causeway Boulevard
Suite 1830
Metairie, Louisiana 70002

PLEASE TAKE NOTICE that Commercial Underwriters Insurance Company will bring on for hearing its Motion to Fix Attorney's Fees before the Honorable Judge Eldon E. Fallon on Wednesday, June 27, 2001 at 9:00 o'clock a.m. or as soon thereafter as this Honorable Court deems appropriate.

    Respectfully submitted,

    BROUSSARD & KAY, L.L.C.

    _____
    J. DANIEL RAYBURN, JR. (#11404)
    557 Jefferson Street
    Post Office Drawer 3308
    Lafayette, Louisiana 70502
    Telephone: (337) 232-1666
    Facsimile: (337) 232-1667

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has this date been forwarded to all known counsel of record by placing a copy of same in the United States mail, postage prepaid and properly addressed.

Lafayette, Louisiana, this 5th day of June, 2001.

_____
J. DANIEL RAYBURN, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT<br>OF DIAMOND SERVICES CORPORATION<br>ON BEHALF OF THE DIAMOND DREDGE<br>NO. 9 FOR EXONERATION FROM OR<br>LIMITATION OF LIABILITY | * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION<br><br>NO. 00-0156<br><br>SECTION "L" (3) |

******************************************

| | | |
|---|---|---|
| JOSEPH FORET, JR. | * <br> * | CIVIL ACTION |
| VERSUS | * <br> * | NO. 00-0708 |
| CENTRAL GULF TOWING, INC. | * <br> * | SECTION "L" (3) |

******************************************

| | | |
|---|---|---|
| IN THE MATTER OF<br>CENTRAL GULF TOWING, INC.<br>AS OWNER PRO HAC VICE<br>OF THE M/V VIVIAN,<br>PRAYING FOR EXONERATION FROM<br>AND/OR LIMITATION OF LIABILITY | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION<br><br>NO. 00-1166<br><br>SECTION "L" (3)<br><br>JUDGE FALLON<br>MAG. AFRICK |

## CERTIFICATE OF CONSENT

COUNSEL FOR Commercial Underwriters Insurance Company has contacted all counsel of record and there is no objection to continuing the hearing on Commercial Underwriters Insurance Company's Motion to Fix Attorney's Fees presently scheduled for Wednesday, June 20, 2001 to Wednesday, June 27, 2001 at 9:00 o'clock a.m.

Respectfully submitted,

BROUSSARD & KAY, L.L.C.

_____
J. DANIEL RAYBURN, JR. (#11404)
557 Jefferson Street
Post Office Drawer 3308
Lafayette, Louisiana 70502
Telephone: (337) 232-1666
Facsimile: (337) 232-1667

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has this date been forwarded to all known counsel of record by placing a copy of same in the United States mail, postage prepaid and properly addressed.

Lafayette, Louisiana, this 5th day of June, 2001.

_____
J. DANIEL RAYBURN, JR.

2