UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2001 JUN 14 AM 11:46
JUN 1 4 2001
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT | * | CIVIL ACTION |
| OF DIAMOND SERVICES CORPORATION | * | |
| ON BEHALF OF THE DIAMOND DREDGE | * | NO. 00-0156 |
| NO. 9 FOR EXONERATION FROM OR | * | |
| LIMITATION OF LIABILITY | * | SECTION "L" (3) |

*******************************************

| | | |
|---|---|---|
| JOSEPH FORET, JR. | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0708 |
| CENTRAL GULF TOWING, INC. | * | SECTION "L" (3) |

*******************************************

| | | |
|---|---|---|
| IN THE MATTER OF | * | CIVIL ACTION |
| CENTRAL GULF TOWING, INC. | * | |
| AS OWNER PRO HAC VICE | * | NO. 00-1166 |
| OF THE M/V VIVIAN, | * | |
| PRAYING FOR EXONERATION FROM | * | SECTION "L" (3) |
| AND/OR LIMITATION OF LIABILITY | * | |
| | * | JUDGE FALLON |
| | * | MAG. AFRICK |

## MOTION FOR ORAL ARGUMENT

In accordance with the local rule 78.1E, Commercial Underwriters Insurance Company, seeks oral argument on its Motion to Fix Attorney's Fees and further desires to present live testimony.

DATE OF ENTRY
JUN 1 9 2001

Respectfully submitted,

BROUSSARD & KAY, L.L.C.

_____
J. DANIEL RAYBURN, JR. (#11404)
557 Jefferson Street
Post Office Drawer 3308
Lafayette, Louisiana 70502
Telephone: (337) 232-1666
Facsimile: (337) 232-1667

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has this date been forwarded to all known counsel of record by placing a copy of same in the United States mail, postage prepaid and properly addressed.

Lafayette, Louisiana, this 12TH day of June, 2001.

_____
J. DANIEL RAYBURN, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT | * | CIVIL ACTION |
| OF DIAMOND SERVICES CORPORATION | * | |
| ON BEHALF OF THE DIAMOND DREDGE | * | NO. 00-0156 |
| NO. 9 FOR EXONERATION FROM OR | * | |
| LIMITATION OF LIABILITY | * | SECTION "L" (3) |
| | * | |

******************************************
| | | |
|---|---|---|
| | * | |
| JOSEPH FORET, JR. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 00-0708 |
| | * | |
| CENTRAL GULF TOWING, INC. | * | SECTION "L" (3) |
| | * | |

******************************************
| | | |
|---|---|---|
| | * | |
| IN THE MATTER OF | * | CIVIL ACTION |
| CENTRAL GULF TOWING, INC. | * | |
| AS OWNER PRO HAC VICE | * | NO. 00-1166 |
| OF THE M/V VIVIAN, | * | |
| PRAYING FOR EXONERATION FROM | * | SECTION "L" (3) |
| AND/OR LIMITATION OF LIABILITY | * | |
| | * | JUDGE FALLON |
| | * | MAG. AFRICK |

## ORDER

Considering the foregoing Motion for Oral Argument,

IT IS HEREBY ORDERED that Commercial Underwriters Insurance Company's Motion for Oral Argument on the hearing of its Motion to Fix Attorney's Fees is granted and further Commercial Underwriters Insurance Company's request to present live testimony is also granted.

New Orleans, Louisiana, this 19 day of June, 2001.

UNITED STATES DISTRICT JUDGE