

56281/RBA/bcb                                                                     0265-5765

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF DIAMOND SERVICES CORPORATION, ON BEHALF OF THE DIAMOND DREDGE NO. 9 FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NUMBER: 00-0156<br><br>SECTION: "L" (3) |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| JOSEPH FORET, JR.<br><br>VERSUS<br><br>CENTRAL GULF TOWING, INC. | CIVIL ACTION<br><br>NO.: 00-0708<br><br>SECTION: "L" (3) |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| IN THE MATTER OF CENTRAL GULF TOWING, INC., AS OWNER *PRO HAC VICE* OF THE M/V VIVIAN, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NUMBER: 00-1166<br><br>SECTION: "L" (3) |

**UNOPPOSED MOTION AND ORDER FOR EXTENSION OF<br>30 DAY ORDER OF DISMISSAL**

NOW INTO COURT, through undersigned counsel, comes Diamond Services

DATE OF ENTRY
JUN 1 9 2001



Corporation, and moves this Honorable Court for a one week extension of the 30 day Order of Dismissal entered on May 14, 2001, on grounds the receipt of settlement funds has been delayed, and Diamond Services requests an additional one week extension until June 22, 2001 to consummate settlement. Counsel for Chet Morrison Contractors, Inc., and Tennessee Gas Pipeline Company have been contacted, and have no objection to the granting of this extension of time.

Respectfully submitted,

_____
MICHAEL L. McALPINE, T.A. (#9195)
RICHARD A. COZAD (#4537)
ROBERT B. ACOMB, III (#2303)
McALPINE & COZAD
701 South Peters St., Suite 300
New Orleans, LA 70130
Telephone: (504) 561-0323; Fax: 528-9442
Attorneys for Diamond Services Corporation

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on June 15, 2001, served a copy of the foregoing pleading on counsel for all parties to this proceeding by mailing and faxing same by United States mail, properly addressed and first class postage prepaid.

_____

- 2 -

56281/RBA/bcb                                                              0265-5765

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF DIAMOND SERVICES CORPORATION, ON BEHALF OF THE DIAMOND DREDGE NO. 9 FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NUMBER: 00-0156<br><br>SECTION: "L" (3) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| JOSEPH FORET, JR.<br><br>VERSUS<br><br>CENTRAL GULF TOWING, INC. | CIVIL ACTION<br><br>NO.: 00-0708<br><br>SECTION: "L" (3) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| IN THE MATTER OF CENTRAL GULF TOWING, INC., AS OWNER *PRO HAC VICE* OF THE M/V VIVIAN, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NUMBER: 00-1166<br><br>SECTION: "L" (3) |

<u>**ORDER**</u>

Considering the foregoing Motion for Extension of Time in order to consummate settlement,

IT IS HEREBY ORDERED that the previously entered 30 day Order of Dismissal is extended to June 22, 2001.

New Orleans, Louisiana, this _18_ day of _June_, 2001.

                                   UNITED STATES DISTRICT COURT JUDGE