FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUN 25  AM 9:44
JUN 2 5 2001
LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**FALLON, J.**
**JUNE 21, 2001**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

**IN RE DIAMOND SERVICES**　　　　　*　　**CIVIL ACTION**

　　　　　　　　　　　　　　　　　　　*　　**NUMBER  00-0156**
　　　　　　　　　　　　　　　　　　　　　**(REF. ALL CASES)**
　　　　　　　　　　　　　　　　　　　*　　**SECTION "L" (3)**


A telephone status conference in the above captioned matter was held in Chambers on

this date at 10:30 a.m.  Participating were Robert B. Acomb, III for Diamond Services, Inc. and J.

Daniel Rayburn for Commercial Underwriters Insurance, Co.

```
DATE OF ENTRY

JUN 2 5 2001
```

