UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: DIAMOND SERVICES CORPORATION      CIVIL ACTION

                                         NO. 00-156
                                         REF: ALL CASES

                                         SECTION: L

WEDNESDAY, JUNE 27, 2001, 9:00 AM
BEFORE JUDGE ELDON E. FALLON

Courtroom Deputy: Gaylyn Lambert
Court Reporter: David Zarek

Appearances: Robert Acomb III, Esq. for Diamond Services
             John Rayburn, Esq. for Commercial Underwriters Insurance

---

Motion of Commercial Underwriters Insurance Company to Fix Attorneys Fees:

    Counsel advise the Court that the matter has been resolved. Therefore, the motion is DISMISSED AS MOOT.

DATE OF ENTRY
JUL 1 1 2001

