FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUN 22  PM 4: 35

LORETTA G. WHYTE
CLERK

56172/RBA/bcb                                                    0265-5765

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF DIAMOND SERVICES CORPORATION, ON BEHALF OF THE DIAMOND DREDGE NO. 9 FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION NUMBER:  00-0156 SECTION:  "L" (3) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| JOSEPH FORET, JR. | CIVIL ACTION |
| VERSUS | NO.: 00-0708 |
| CENTRAL GULF TOWING, INC. | SECTION:  "L" (3) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| IN THE MATTER OF CENTRAL GULF TOWING, INC., AS OWNER *PRO HAC VICE* OF THE M/V VIVIAN, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | CIVIL ACTION NUMBER: 00-1166 SECTION:  "L" (3) |

## JOINT MOTION AND ORDER TO DISMISS WITH PREJUDICE

On Motion of the parties hereto, Diamond Services Corporation, Chet Morrison

Contractors and Tennessee Gas Pipeline Company, appearing through undersigned

DATE OF ENTRY
AUG 2 0 2001

Fee_____
Process_____
X  Dktd_____
___CtRmDep_____
Doc.No._____

counsel, and upon suggesting to the Court that the parties have fully settled, satisfied and compromised all of the matters which are the subject of the claims, counterclaims, third-party demands, and Complaints, and any amendments thereto and the same should be dismissed with prejudice, as of compromise, each party to bear its own costs.

ROBERT S. REICH
LAWRENCE PLUNKET
Reich, Meeks & Treadaway
Two Lakeway Center, Suite 1000
3850 N. Causeway Blvd.
Metairie, LA 70002
Attorney for Chet Morrison Contractors, Inc.

ROBERT B. ACOMB III
RICHARD A. COZAD
MICHAEL L. MCALPINE
McALPINE & COZAD
701 South Peters St., Suite 300
New Orleans, LA 70130
Attorneys for Diamond Services Corp.

GRADY S. HURLEY
Jones, Walker, Waechter, Poitevent,
  Carrere & Denegre, L.L.P.
201 St. Charles Avenue
New Orleans, LA 70170
Telephone: 582-8000
Fax: 582-8583
Attorney for Tennessee Gas Pipeline Co.

**56172**/RBA/bcb                                                                      0265-5765

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT | CIVIL ACTION |
| OF DIAMOND SERVICES CORPORATION, | |
| ON BEHALF OF THE DIAMOND DREDGE | NUMBER:  00-0156 |
| NO. 9 FOR EXONERATION FROM OR | |
| LIMITATION OF LIABILITY | SECTION:  "L" (3) |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| JOSEPH FORET, JR. | CIVIL ACTION |
| | |
| VERSUS | NO.: 00-0708 |
| | |
| CENTRAL GULF TOWING, INC. | SECTION: "L" (3) |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| IN THE MATTER OF CENTRAL GULF | CIVIL ACTION |
| TOWING, INC., AS OWNER *PRO HAC* | |
| *VICE* OF THE M/V VIVIAN, PRAYING | NUMBER: 00-1166 |
| FOR EXONERATION FROM AND/OR | |
| LIMITATION OF LIABILITY | SECTION:  "L" (3) |

## <u>ORDER</u>

In consideration of the joint Motion of the parties hereto, wherein the parties have

indicated they have effected a full and final compromise of all claims involved in this

litigation it is;

ORDERED, ADJUDGED AND DECREED that the claims, counterclaims, third-party demands and Complaints of Chet Morrison Contractors, Inc., Diamond Services Corporation and Tennessee Gas Pipeline Company, and any amendments thereto, be, and the same are hereby dismissed with prejudice as of compromise, each party to bear its own costs, *except for the claim of Diamond Service's, Inc. against Commercial Underwriters Insurance Co.*

This done and signed this __17__ day of __Aug__, 2001.

_____

UNITED STATES DISTRICT COURT JUDGE