FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 AUG 30 PM 4:43

LORETTA G. WHYTE
CLERK

56172/RBA/bcb                                                         0265-5765

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF DIAMOND SERVICES CORPORATION, ON BEHALF OF THE DIAMOND DREDGE NO. 9 FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NUMBER: 00-0156<br><br>SECTION: "L" (3) |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| JOSEPH FORET, JR.<br><br>VERSUS<br><br>CENTRAL GULF TOWING, INC. | CIVIL ACTION<br><br>NO.: 00-0708<br><br>SECTION: "L" (3) |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| IN THE MATTER OF CENTRAL GULF TOWING, INC., AS OWNER *PRO HAC VICE* OF THE M/V VIVIAN, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NUMBER: 00-1166<br><br>SECTION: "L" (3) |

### MOTION AND ORDER TO DISMISS WITH PREJUDICE

On Motion of the parties hereto, appearing through undersigned counsel, and upon suggesting to the Court the parties have fully settled, satisfied and compromised all of the

DATE OF ENTRY
SEP 1 2 2001

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc.No. 123

matters which are the subject of the assigned claim made by Commercial Underwriters Insurance Company for Chet Morrison Contractors, Inc.'s attorneys fees, and that the same should be dismissed with prejudice, as of compromise, each party to bear its own costs.

_____
J. DANIEL RAYBURN, JR.
BROUSSARD & KAY
557 Jefferson Street
P.O. Drawer 3308
Lafayette, Louisiana 70502
Attorneys for Commercial Underwriters
  Insurance Company

_____
ROBERT B. ACOMB III
RICHARD A. COZAD
MICHAEL L. MCALPINE
McALPINE & COZAD
701 South Peters St., Suite 300
New Orleans, LA 70130
Attorneys for Diamond Services Corp.

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 30th day of AUGUST, 2001, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____

56172/RBA/bcb                                                                                                                   0265-5765

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF DIAMOND SERVICES CORPORATION, ON BEHALF OF THE DIAMOND DREDGE NO. 9 FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NUMBER: 00-0156<br><br>SECTION: "L" (3) |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| JOSEPH FORET, JR.<br><br>VERSUS<br><br>CENTRAL GULF TOWING, INC. | CIVIL ACTION<br><br>NO.: 00-0708<br><br>SECTION: "L" (3) |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| IN THE MATTER OF CENTRAL GULF TOWING, INC., AS OWNER PRO HAC VICE OF THE M/V VIVIAN, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NUMBER: 00-1166<br><br>SECTION: "L" (3) |

### ORDER

In consideration of the joint Motion of the parties hereto, wherein the parties have indicated that they have effected a full and final compromise of the assigned claim for Chet Morrison Contractors, Inc's attorneys fees, it is;

ORDERED, ADJUDGED AND DECREED that the assigned claim of Commercial Underwriters Insurance Company for Chet Morrison Contractors, Inc.'s attorneys fees be, and the same are hereby dismissed with prejudice as of compromise, each party to bear its own costs.

This done and signed this ___4___ day of ___Sept___, 2001.

_____
UNITED STATES DISTRICT COURT JUDGE