FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 FEB -4  P 4: 39

LORETTA G. WHYTE
CLERK

56589/RBA/bcb                                                                         0265-5765

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF DIAMOND SERVICES CORPORATION, ON BEHALF OF THE DIAMOND DREDGE NO. 9 FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NUMBER: 00-0156<br><br>SECTION: "L" (3) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| JOSEPH FORET, JR. | CIVIL ACTION |
| VERSUS | NO.: 00-0708 |
| CENTRAL GULF TOWING, INC. | SECTION: "L" (3) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| IN THE MATTER OF CENTRAL GULF TOWING, INC., AS OWNER *PRO HAC VICE* OF THE M/V VIVIAN, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NUMBER: 00-1166<br><br>SECTION: "L" (3) |

### MOTION FOR ENTRY OF FINAL JUDGMENT

NOW INTO COURT, through undersigned counsel, comes Diamond Services Corporation and moves this Honorable Court to enter final judgment in these consolidated

proceedings on grounds that all claims, actions and appeals arising out of the allision and alleged spud damage to the undersea pipeline have all been settled, compromised, adjudicated or concluded, and, accordingly, it is appropriate that a final judgment be entered, dismissing all claims, counterclaims and third-party claims.

Respectfully submitted,

_____
MICHAEL L. McALPINE, T.A. (#9195)
RICHARD A. COZAD (#4537)
ROBERT B. ACOMB, III (#2303)
McALPINE & COZAD
701 South Peters St., Suite 300
New Orleans, LA 70130
Telephone: (504) 561-0323; Fax: 528-9442
Attorneys for Diamond Services Corporation

### *CERTIFICATE OF SERVICE*

I do hereby certify that I have on February 4, 2002, served a copy of the foregoing pleading on counsel for all parties to this proceeding by mailing and faxing same by United States mail, properly addressed and first class postage prepaid.

_____