56589/RBA/bcb

```
         FILED
    U.S. DISTRICT COURT
  EASTERN DISTRICT OF LA

  2002 FEB -6  PM 3: 25

    LORETTA G. WHYTE
         CLERK
```

0265-5765

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF DIAMOND SERVICES CORPORATION, ON BEHALF OF THE DIAMOND DREDGE NO. 9 FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NUMBER: 00-0156<br><br>SECTION: "L" (3) |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| JOSEPH FORET, JR.<br><br>VERSUS<br><br>CENTRAL GULF TOWING, INC. | CIVIL ACTION<br><br>NO.: 00-0708<br><br>SECTION: "L" (3) |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| IN THE MATTER OF CENTRAL GULF TOWING, INC., AS OWNER *PRO HAC VICE* OF THE M/V VIVIAN, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NUMBER: 00-1166<br><br>SECTION: "L" (3) |

## FINAL JUDGMENT

Considering the foregoing Motion for Entry of Final Judgment:

IT IS ORDERED AND ADJUDGED,

That all actions, claims, cross-claims, counterclaims, third-party actions, and appeals have been settled, compromised or adjudicated in these consolidated limitation cases, and are hereby dismissed with prejudice, each party to bear its own costs.

DATE OF ENTRY

FEB  8 2002

X_____  BB

Doc. 126

All persons, firms, or corporations who have made or may claim damages against plaintiffs and the M/V DIAMOND DREDGE No. 9 and the M/V VIVIAN for any loss, damage, injury or attorneys fees arising out of or consequence upon the said allision or damage to the undersea pipeline or voyages are perpetually restrained and enjoined from the institution or prosecution in any manner of any suit for the said damages against plaintiffs and the M/V DIAMOND DREDGE No. 9 and the M/V VIVIAN;

AND all persons, firms, or corporations in default in these proceedings are forever barred from making any claim for such loss, damage, or injury in these proceedings or in any other proceeding.

THAT the funds, both letters of undertaking and stipulations filed herein be canceled and discharged of record.

New Orleans, Louisiana, this 5th day of Feb, 2002.

_____
UNITED STATES DISTRICT COURT JUDGE