

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF | * | CIVIL ACTION |
| CENTRAL GULF TOWING, INC., | * | NO. 00-156 |
| AS OWNER PRO HAC VICE OF THE | * | c/w NO. 00-1166 |
| M/V MISS VIVIAN, PRAYING FOR | * | |
| EXONERATION FROM AND/OR | * | SECTION "L" |
| LIMITATION OF LIABILITY | * | |

* * * * * * * * * * * * * * * * * *

### MOTION AND ORDER TO RETURN CASH DEPOSIT

NOW INTO COURT, through undersigned counsel, comes Central Gulf Towing, Inc., and moves the Court that the sum of $250.00 deposited with this Court in lieu of the cash bond be returned as this matter has been settled and all costs paid.

IT IS ORDERED, ADJUDGED, AND DECREED that the sum of $250.00 previously deposited with this Court as security be returned to the law firm of Lugenbuhl, Wheaton, Peck, Rankin & Hubbard.

New Orleans, Louisiana, this 27 day of August, 2003.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
AUG 28 2003

___ Fee_____
___ Process___
X   Dktd_____
___ CtRmDep___
___ Doc. No.__

Respectfully submitted,

LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD

_____
SCOTT R. WHEATON, JR., T.A., BAR #13395
STANLEY J. COHN, BAR #4238
Suite 2775 Pan-American Life Center
601 Poydras Street
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Attorneys for Central Gulf Towing, Inc.

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 26th day of Aug, 2003, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____
Peggy P Buras

-2-